Steven Rizzo, OSB No. 840853
Mary D. Skjelset, OSB No. 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>       Defendants. | CASE NO. 6:22-CV-01813-MK<br><br><br>**PROOF OF SERVICE FOR OREGON DEPARTMENT OF HUMAN SERVICES** |

1 – PROOF OF SERVICE FOR OREGON DEPARTMENT OF HUMAN SERVICES

RIZZO | BOSWORTH | ERAUT PC

1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   6:22-cv-01813-MK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Oregon Department of Human Services

was received by me on *(date)*         12/13/2022                 .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Ben Swanson, Legal Secretary                         , who is
designated by law to accept service of process on behalf of *(name of organization)*    Oregon Department of Justice
Office of the Attorney General, Ellen F. Rosenblum at 2:05 PM on *(date)*       12/13/2022       ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .


I declare under penalty of perjury that this information is true.


Date:      12/13/2022                          _____
                                                            *Server's signature*

                                                            Tony Kwiatkowski
                                                        *Printed name and title*

                                                            MercuryPDX
                                                            PO Box 2274
                                                            Portland, OR 97208
                                                        *Server's address*

Additional information regarding attempted service, etc:
Service Address: Oregon Department of Justice c/o Ellen F. Rosenblum, Office of the Attorney General, 1162 Court St. NE, Salem, OR

Documents Served: Summons in a Civil Action and Complaint and Demand for Jury Trial