ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
         Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN,<br><br>　　　　　Defendants. | Case No.  6:22-CV-1813-MK<br><br>**NOTICE OF APPEARANCE** |

Defendants Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, Erin Lane, and the

Oregon Department of Human Services hereby give notice that the undersigned will be counsel

of record for them in this case.

Page 1 -   **NOTICE OF APPEARANCE**

DATED December 14, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Jill Schneider_
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Tel (503) 947-4700
Fax (503) 947-4791
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   **NOTICE OF APPEARANCE**