Steven Rizzo, OSB No. 840853
Mary D. Skjelset, OSB No. 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>       Defendants. | CASE NO. 6:22-CV-01813-MK<br><br><br>**PROOF OF SERVICE FOR ERIN LANE** |

1 – PROOF OF SERVICE FOR ERIN LANE

RIZZO | BOSWORTH | ERAUT pc

1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-cv-01813-MK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Erin Lane

was received by me on *(date)*        12/13/2022        .

☑ I personally served the summons on the individual at *(place)*    2885 Chad Dr., Eugene, OR at 11:10AM

on *(date)*        12/16/2022        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                         , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                         ; or

☐ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        12/16/2022

*Server's signature*

Delane Graves
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action and Complaint and Demand for Jury Trial