ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>   Plaintiff,<br><br>  v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN,<br><br>   Defendants. | Case No.  6:22-CV-1813-MK<br><br>**DEFENDANTS' MOTION FOR EXTENSION TO FILE ANSWER** |

**MOTION**

Defendants, by and through their attorney, Jill Schneider, Assistant Attorney General move the Court for an Order allowing defendants to respond to plaintiff's complaint by January 30, 2023. This unopposed motion is supported by the Declaration of Jill Schneider.

Page 1 -   **DEFENDANTS' MOTION FOR EXTENSION TO FILE ANSWER**

DATED December <u>30</u>, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


*s/ Jill Schneider*
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Tel (503) 947-4700
Fax (503) 947-4791
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   **DEFENDANTS' MOTION FOR EXTENSION TO FILE ANSWER**