ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
           Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| ETHAN LEVI,<br><br>        Plaintiff,<br><br>        v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN,<br><br>        Defendants. | Case No.  6:22-CV-1813-MK<br><br>**DECLARATION OF JILL SCHNEIDER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

I, Jill Schneider, make the following declaration in support of the unopposed Motion to Extend Time to file an Answer:

Page 1 -   **DECLARATION OF JILL SCHNEIDER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

1.      I am a Senior Assistant Attorney General with the Trial Division of the Oregon Department of Justice and counsel of record for the Oregon Department of Human Services in this matter.

2.      The Oregon Department of Justice received the summons in this matter on December 13, 2022, and I entered an appearance on December 14, 2022.

3.      I consulted with Mary Sjkelset on December 20, 2022 regarding the extension to file an answer, and she expressed no objection to an extension to file an answer.

4.      Additional time is required to collect and review file materials and consult with the clients regarding the substance of the complaint.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED December 30, 2022.

s/ Jill Schneider
JILL SCHNEIDER
Senior Assistant Attorney General

Page 2 -   **DECLARATION OF JILL SCHNEIDER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**