Steven Rizzo, OSB No. 840853
Mary D. Skjelset, OSB No. 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| ETHAN LEVI,<br><br>Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al.,<br><br>Defendants. | CASE NO. 6:22-cv-01813-MK<br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DHS'S THIRD PARTY COMPLAINT |

I, Steven Rizzo, declare as follows:

1.    I am one of the attorneys who represents Plaintiff in the above-captioned matter.

2.    On behalf of Plaintiff, I make this Declaration in support of Plaintiff's Motion to Strike DHS's Third Party Complaint.

3.    On February 20, 2023, I conferred telephonically regarding this matter with counsel for Defendants, Senior Assistant Attorney General Jill Schneider. We were unable to resolve the dispute.

1 - DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DHS'S THIRD PARTY COMPLAINT



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of February, 2023.

RIZZO BOSWORTH ERAUT PC

By: */s/ Steven Rizzo*
    Steven Rizzo
    Attorney for Plaintiff

2 - DECLARATION OF STEVEN RIZZO IN SUPPORT
   OF PLAINTIFF'S MOTION TO STRIKE DHS'S
   THIRD PARTY COMPLAINT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

               Plaintiff,

v.

KIM CHAPMAN, et al.,

               Defendants.

CASE NO. 6:22-cv-01813-MK

**CERTIFICATE OF SERVICE**

       I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

       On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Steven Rizzo In Support of Plaintiff's Motion to Strike DHS'S Third Party Complaint**

### VIA ECF

> **Jill Schneider**
> **Nicholas S. Mancuso**
> **Oregon Department of Justice**
> **100 SW Market Street**
> **Portland, OR 97201**
> **Ph. 971-673-1880**
> **Fax: 971-673-5000**
> **Email: jill.schneider@doj.state.or.us**
> **Email: nicholas.mancuso@doj.state.or.us**
> *Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

       Dated this 21st    day of February, 2023.

                            *s/ Cheridan Carr*
                            Cheridan Carr
                            Paralegal

1- Certificate of Service