ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants and Third-Party Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>   Plaintiff,<br><br>  v.<br><br>KIM CHAPMAN, et al; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOE,<br><br>   Defendants. | Case No.  6:22-CV-1813-MK<br><br>**PROOF OF SERVICE ON JOE ALBERT RAYGOSA** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>   Third-Party Plaintiff,<br><br>  v.<br><br>JOE ALBERT RAYGOSA,<br><br>   Third-Party Defendant. | |

Page 1 -  **PROOF OF SERVICE ON JOE ALBERT RAYGOSA**

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 6:22-CV-1813-MK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Raygosa, Joe

was received by me on *(date)*  3/8/23 .

☒ I personally served the summons on the individual at *(place)*  Lane County Jail
101 W. 5th Ave - Eugene, OR  on *(date)*  3/8/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0___ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/8/23 _____

_____
Server's signature

Justin Wilson #368/57329
Printed name and title

Lane County Sheriff's Office
ATTN: CIVIL
125 East 8th Avenue *Server's address*
Eugene, OR 97401

Additional information regarding attempted service, etc: