ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
          Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| ETHAN LEVI,<br><br>          Plaintiff,<br><br>     v.<br><br>KIM CHAPMAN, et al; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOE,<br><br>          Defendants. | Case No.  6:22-CV-1813-MK<br><br>**DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO MOTION FOR PROTECTIVE ORDER** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>JOE ALBERT RAYGOSA,<br><br>          Third-Party Defendant. | |


Page 1 -   **DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO MOTION FOR PROTECTIVE ORDER**

I, NICHOLAS MANCUSO, do declare:

1. I am a Senior Assistant Attorney General in the Trial Division of the Oregon Department of Justice and one of the counsel of record for the State Defendants in this litigation.

2. Exhibit 1 hereto is a form of proposed protective order submitted for entry in this case.

3. Exhibit 2 hereto is a true and correct copy of an email from Senior AAG Jill Schneider to Plaintiff's counsel attaching a proposed form of protective order substantially similar to Exhibit 1.

4. Exhibit 3 hereto is a true and correct copy of a document text comparison between the text of the form two-tier protective order available from the District of Oregon website and the State's proposed protective order, prepared using pdf conversion to MS Word and MS Word text comparison tools, with no substantive format changes accepted.

5. Exhibit 4 hereto is a true and correct copy of the protective order entered in *J.C. and K.C. v. State of Oregon*, Case No. 19cv1739 in the United States District Court for the District of Oregon, entered in October 2021 by the Hon. John Acosta.

6. Exhibit 5 hereto is a true and correct copy of the amended protective order in *Wyatt B. v Kotek*, Case No. 19cv0556 in the United States District Court for the District of Oregon, entered in September 2019 by the Hon. Ann Aiken.

Page 2 -   **DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO MOTION FOR PROTECTIVE ORDER**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED April 25, 2023.

s/ Nicholas Mancuso
NICHOLAS MANCUSO
Senior Assistant Attorney General

Page 3 -  **DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO MOTION FOR PROTECTIVE ORDER**