ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>   Plaintiff,<br><br>  v.<br><br>KIM CHAPMAN, et al; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOE,<br><br>   Defendants. | Case No.  6:22-CV-1813-MK<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>   Third-Party Plaintiff,<br><br>  v.<br><br>JOE ALBERT RAYGOSA,<br><br>   Third-Party Defendant. | |

Page 1 -  **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

As supplemental authority in support of its Response to Plaintiff's Motion for Protective Order (dkt. 34), filed April 25, 2023, Defendant respectfully submits the attached Stipulated Order Regarding Protection of Privileges entered in *Northwest Environmental Advocates v. U.S. Environmental Protection Agency, et al.*, Case No. 3:21-cv-01136-HZ (D. Or.) ("Stipulated Order"). The Stipulated Order was entered after Defendant's Response had been filed with the Court.

The Stipulated Order, signed by Judge Hernandez, was submitted in that case by the United States Department of Justice and comprehensively sets forth the standard for implementing a FRE 502(d) order. In addressing how assertions of privilege should be handled in that case it is instructive on the basis for the language State Defendants seek in the proposed protective order in this case.


DATED May 2, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


_____s/ Nicholas Mancuso_____
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Tel (503) 947-4700
Fax (503) 947-4791
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us
Of Attorneys for Defendants


Page 2 -   **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**