ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>    v.<br><br>KIM CHAPMAN, et al; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOE,<br><br>       Defendants. | Case No.  6:22-CV-1813-MK<br><br>**MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>       Third-Party Plaintiff,<br><br>    v.<br><br>JOE ALBERT RAYGOSA,<br><br>       Third-Party Defendant. | |

Page 1 -  **MOTION FOR ENTRY OF PROTECTIVE ORDER**

**LR-7 CONFERRAL**

Plaintiff and Defendants Kim Chapman and the Oregon Department Of Human Services (the "State Defendants") have conferred following the Opinion and Order regarding the form of protective order and agreed to submit the form of Protective Order attached as Exhibit 1.

**MOTION**

The State Defendants move for the entry of the Protective Order, attached as Exhibit 1.

**FACTUAL BACKGROUND**

Plaintiff and the State Defendants moved separately for the entry of a protective order. This Court reviewed the submitted proposed forms, and issued an Opinion and Order on May 14, 2023, ruling on disputed language and provisions. After review of the May 14 Opinion and Order, Plaintiff and the State Defendants reconciled their differences in the form of order submitted with this Motion.

The State Defendants, with no further objections to this form from Plaintiff, move for the entry of the Protective Order attached to this Motion.

DATED May <u>26</u>, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

<u>    s/  Jill Schneider    </u>
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Tel (503) 947-4700
Fax (503) 947-4791
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   **MOTION FOR ENTRY OF PROTECTIVE ORDER**