ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| ETHAN LEVI,<br><br>              Plaintiff,<br><br>      v.<br><br>KIM CHAPMAN, et al; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOE,<br><br>              Defendants. | Case No.  6:22-CV-1813-MK<br><br>**MOTION FOR LEAVE TO FILE AN AMENDED ANSWER** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>              Third-Party Plaintiff,<br><br>      v.<br><br>JOE ALBERT RAYGOSA,<br><br>              Third-Party Defendant. | |

Page 1 -  **MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

Pursuant to Fed. R. Civ. P. 15(a), the State Defendants move for leave to file a First Amended Answer in response to the Complaint. The proposed amended answer corrects several scrivener's errors in the original Answer. A copy of the proposed First Amended Answer is attached as Exhibit 1 to this motion. The parties have conferred on the proposed amendment, and the Plaintiff objects to this motion.

DATED June 14, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Jill Schneider_
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Tel (503) 947-4700
Fax (503) 947-4791
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   **MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000