**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
    *Special Assistant Attorneys General for Defendants and Third Party Plaintiff*
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **NOTICE OF APPEARANCE OF LAUREN F. BLAESING** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN, | |
| Defendants. | |

OREGON DEPARTMENT OF HUMAN
SERVICES,

        Third Party Plaintiff,

  v.

JOE ALBERT RAYGOSA,

        Third Party Defendant.

**Page 1 –   NOTICE OF APPEARANCE OF LAUREN F. BLAESING**

PLEASE BE ADVISED that Lauren F. Blaesing of Markowitz Herbold PC, hereby enters her appearance for defendants and third party plaintiff.  Jill Schneider and Nicholas Mancuso remain as counsel of record for defendants and third party plaintiff.  Defendants and third party plaintiff's attorney contact information is as follows:

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105
LaurenBlaesing@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
AlexRhee@MarkowitzHerbold.com

ELLEN ROSENBLUM, ATTORNEY GENERAL
Department of Justice
100 Market Street
Portland, OR  97201
Tel:  (971) 673-1880
Fax:  (971) 673-5000
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us

DATED:  June 26, 2023                    MARKOWITZ HERBOLD PC

                                                     *s/ Lauren F. Blaesing*
                                                     Lauren F. Blaesing, OSB #113305
                                                     LaurenBlaesing@MarkowitzHerbold.com
                                                     Harry B. Wilson, OSB #077214
                                                     HarryWilson@MarkowitzHerbold.com
                                                     Alexandra L. Rhee, OSB #230770
                                                     AlexRhee@MarkowitzHerbold.com
                                                              *Special Assistant Attorneys General for*
                                                              *Defendants and Third Party Plaintiff*

                                                     Jill Schneider, OSB #001619
                                                     Jill.Schneider@doj.state.or.us
                                                     Nicholas Mancuso, OSB #151262
                                                     Nicholas.Mancuso@doj.state.or.us
                                                              *Of Attorneys for Defendants and Third Party*
                                                              *Plaintiff*

2012066.1

**Page 2 –     NOTICE OF APPEARANCE OF LAUREN F. BLAESING**