**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
       *Special Assistant Attorneys General for Defendants and Third Party Plaintiff*
       Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>   v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN,<br><br>       Defendants. | Case No. 6:22-cv-01813-MK<br><br>**NOTICE OF APPEARANCE OF HARRY B. WILSON** |

OREGON DEPARTMENT OF HUMAN SERVICES,

       Third Party Plaintiff,

   v.

JOE ALBERT RAYGOSA,

       Third Party Defendant.

**Page 1 –    NOTICE OF APPEARANCE OF HARRY B. WILSON**

PLEASE BE ADVISED that Harry B. Wilson of Markowitz Herbold PC, hereby enters his appearance for defendants and third party plaintiff.  Jill Schneider and Nicholas Mancuso remain as counsel of record for defendants and third party plaintiff.  Defendants and third party plaintiff's attorney contact information is as follows:

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105
LaurenBlaesing@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
AlexRhee@MarkowitzHerbold.com

ELLEN ROSENBLUM, ATTORNEY GENERAL
Department of Justice
100 Market Street
Portland, OR  97201
Tel:  (971) 673-1880
Fax:  (971) 673-5000
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us

DATED:  June 26, 2023             MARKOWITZ HERBOLD PC

*s/ Harry B. Wilson*
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
      *Special Assistant Attorneys General for*
      *Defendants and Third Party Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.state.or.us
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.state.or.us
      *Of Attorneys for Defendants and Third Party*
      *Plaintiff*

2012074.1

**Page 2 –    NOTICE OF APPEARANCE OF HARRY B. WILSON**