Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>       Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO AMEND |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>       Third Party Defendant. | |

1 DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO AMEND



I, Steven Rizzo, declare as follows:

1. On behalf of Plaintiff in the above-captioned matter, I make this Declaration in support of Plaintiffs' Response to Defendants' Motion to Amend.

2. Attached as Exhibit 1 is a true and accurate copy of Plaintiff's First Set of Interrogatories, dated 5/5/2023.

3. Attached as Exhibit 2 is correspondence between the parties, dated 6/7/2023 to 6/8/2023.

4. Attached as Exhibit 3 is Defendants' Response to First Set of Interrogatories, dated 6/14/2023.

5. The parties exchanged email, but did not confer by phone in advance of the filing of the Motion to Amend.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2023.

RIZZO BOSWORTH ERAUT PC

By: */s/ Steven Rizzo*

2 DECLARATION OF STEVEN RIZZO IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
TO AMEND



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

Mr. Steven Rizzo, OSB No. 840853
Ms. Mary D. Skjelset, OSB No. 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>　　　　　Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**PLAINTIFF'S　　FIRST　　SET　　OF INTERROGATORIES** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>　　　　Third Party Defendant. | |

1 - PLAINTIFF'S FIRST SET OF INTERROGATORIES

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

Exhibit 1
Page 1 of 6

TO: Defendants by and through their attorneys, Ms. Jill Schneider and Mr. Nicholas Mancuso, 100 SW Market Street, Portland, Oregon, 97201.

These interrogatories are deemed to be continuous in nature and Defendants are under a duty to reasonably amend should one or more of them (i) obtain information upon the basis of which any one or more of them knows or should know that the response was incorrect when made; (ii) that the response, though correct when made, is no longer true and the circumstances are such that a failure to amend the response constitutes concealment; or (iii) if the interrogatory relates to persons who have knowledge or discoverable matters or to expert witnesses.

When used herein, the term "identify" means to describe with particularity. When referring to a person, "identify" means to state the person's full name, address, telephone number and any other contact information. When referring to a document, "identify" means to describe the document by author, date, content and identifying mark (such as Bates number). When referring to statute, policy, or rule, "identify" means to cite the statute, policy or rule. For anything else, "identify" means to provide sufficient information to allow Plaintiff to understand the response and follow up on the response if necessary.

The term "explain" means to describe the law and facts relied upon.

* * *

**INTERROGATORY NO. 1**: Please explain the actions that were taken by DHS to gather information about Duncan-Raygosa from the state of California, local California public bodies and/or Native American tribes in connection with certifying Duncan-Raygosa in 2016.

**RESPONSE:**

**INTERROGATORY NO. 2**: Paragraph 34 of Plaintiff's Complaint (ECF 1) alleges that "DHS removed J.C. and Z.C. from their family of origin and placed them into the Duncan-Raygosa foster

2 - PLAINTIFF'S FIRST SET OF INTERROGATORIES


RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

Exhibit 1
Page 2 of 6

home in July of 2016, prior to the completion of their SAFE Study." In response thereto, Defendants ¶ 34 "admit[s] that J.C. and her brother were placed into foster care, as alleged in Paragraph 34 following DHS practices, when their biological home and supervision were deemed to be unsafe."

Please (i) identify the "practices" that DHS "followed" in placing J.C. and Z.C. in foster care; and (ii) the "practices" that DHS "followed" in placing J.C. and Z.C. into the Duncan-Raygosa foster home.

**RESPONSE:**

**INTERROGATORY NO. 3**: Paragraph 61 of Plaintiff's Complaint (ECF 1) alleges that "[t]hroughout their [J.C. and Z.C.] placement DHS had failed to disclose and/or obfuscated notice and knowledge of the concerns in the Duncan-Raygosa home. Paragraph 26 of Defendants' Answer (ECF 19) admits Plaintiff's ¶ 61.

Please identify (i) the concerns in the Duncan-Raygosa home that DHS failed to disclose and/or obfuscated notice and knowledge of; (ii) the DHS worker(s) and supervisor(s) who knew of any of the concerns that you identify; and (iii) explain the reason why the worker(s) and supervisor(s) failed to disclose and/or obfuscated their notice and knowledge of such concerns.

**RESPONSE:**

**INTERROGATORY NO. 4**: Paragraph 53 of Plaintiff's Complaint (ECF 1) alleges that two siblings (referenced in ¶ 52) presented at the DHS facility with injuries that "were consistent with 'suspicious physical injuries' under Karly's Law, ORS 419B.022 – 024." Paragraph 54 of the Complaint alleges that "Duncan-Raygosa claimed that the two siblings had the injuries upon placement, which DHS knew or suspected was false." Paragraph 21 of Defendants' Answer (ECF 19) admits Plaintiffs' ¶¶ 53 and 54.

Please (i) identify the DHS worker(s) and/or supervisor(s) who knew or suspected that Duncan-

3 - PLAINTIFF'S FIRST SET OF INTERROGATORIES



Exhibit 1
Page 3 of 6

Raygosa's claim was false; and (ii) explain what action(s) the worker(s) and/or supervisor(s) took in response.

**RESPONSE:**

**INTERROGATORY NO. 5**: In connection with your First Affirmative Defense, please identify each alleged "discretionary function or duty" that was exercised or performed by each Individual State Defendant.

**RESPONSE:**

**INTERROGATORY NO. 6**: In connection with your Second Affirmative Defense, please identify each Individual State Defendant "who reasonably believed that their conduct was lawful in light of clearly established law and the information available to them."

**RESPONSE:**

**INTERROGATORY NO. 7**: In connection with your Fourth Affirmative Defense, please identify the "others, not including the State Defendants" and explain how each was allegedly at "fault."

**RESPONSE:**

**INTERROGATORY NO. 8**: Please identify all persons who were contacted and/or participated in preparing your responses to these interrogatories.

**RESPONSE:**

**Under penalty of perjury, I disclose that the information provided by my answers is true and complete.**

DATE: _____, 2023                    _____

SUBSCRIBED AND SWORN to before me this ____ day of __2023, in the State of Oregon, County of _____.

4 - PLAINTIFF'S FIRST SET OF INTERROGATORIES

RIZZO | BOSWORTH | ERAUT ᴾᶜ
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

Exhibit 1
Page 4 of 6

_____
Notary Public for Oregon
My Commission Expires: _____

Dated___, 2023.


RIZZO BOSWORTH ERAUT PC


By: */s/ Mr. Steven Rizzo*_____
    Steven Rizzo, OSB #840853 (he/him/his)
    srizzo@rizzopc.com
    Mary D. Skjelset OSB #074850(she/her/hers)
    mskjelset@rizzopc.com
    Rizzo Bosworth Eraut PC
    1300 S.W. Sixth Avenue, Suite 330
    Portland, OR 97201
    Tel: (503) 229-1819, Fax: (503) 229-0630
    ATTORNEYS FOR PLAINTIFF


5 - PLAINTIFF'S FIRST SET OF INTERROGATORIES

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

Exhibit 1
Page 5 of 6

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | CASE NO. 6:22-cv-01813-MK |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| KIM CHAPMAN, et al , | |
| Defendants. | |

OREGON DEPARTMENT OF
HUMAN SERVICES,

  Third Party Plaintiff,

v.

JOE ALBERT RAYGOSA,

  Third Party Defendant.

  I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

  On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Plaintiff's First Set of Interrogatories**

 <u>**VIA EMAIL**</u>

> **Jill Schneider**
> **Nicholas S. Mancuso**
> **Oregon Department of Justice**
> **100 SW Market Street**
> **Portland, OR 97201**
> **Ph. 971-673-1880**
> **Fax: 971-673-5000**
> **Email: <u>jill.schneider@doj.state.or.us</u>**
> **Email: <u>nicholas.mancuso@doj.state.or.us</u>**
> *Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

  Dated this 5th day of May, 2023.

            *s/ Cheridan Carr*
            Cheridan Carr
            Paralegal

1- Certificate of Service

Exhibit 1
Page 6 of 6

| | |
|---|---|
| **From:** | Steven Rizzo |
| **To:** | Schneider Jill; Mancuso Nicholas; Ballard Jackie; Price Aislinn |
| **Cc:** | Mary Skjelset; Cheridan Carr |
| **Subject:** | RE: Levi v. Chapman, et al. Case No: 6:22-cv-1813-MK |
| **Date:** | Thursday, June 08, 2023 3:28:55 PM |
| **Attachments:** | image001.png |

Jill,

Respectfully, when we discussed (what was then) the draft RFP, I understood that there were no strong objections. As it turned out, the Response is laden with general and specific objections.

Also, the issue with the rogs is the timeliness, not with the number of potential signatories. Indicating that a response is forthcoming at some point after a deadline lapses is problematic. Also, not 'raising any objections' is not the same as a commitment to provide full and complete answers.

I may not understand your email, but if you don't want to confer by phone, then your motion is opposed.

Steve

**Steven Rizzo (he/him/his)**
**srizzo@rizzopc.com**



1300 SW Sixth Avenue | Suite 330 | Portland, Oregon 97201
☎: 503.229.1819 | 🖷: 503.229.0630 | 🌐: www.rizzopc.com
Offices in Oregon and Washington

*********NOTICE OF CONFIDENTIAL AND PRIVILEGED INFORMATION*********

This e-mail and attachment, if any, is confidential and may contain attorney-client privileged information or attorney work-product. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way.  If you received this e-mail message in error, please return by forwarding the message and attachment to the sender and destroy the original.

---

**From:** Schneider Jill <Jill.Schneider@doj.state.or.us>
**Sent:** Thursday, June 8, 2023 12:45 PM
**To:** Steven Rizzo <SRizzo@rizzopc.com>; Mancuso Nicholas <nicholas.mancuso@doj.state.or.us>; Ballard Jackie <jackie.ballard@doj.state.or.us>; Price Aislinn <Aislinn.Price@doj.state.or.us>
**Cc:** Mary Skjelset <mskjelset@rizzopc.com>; Cheridan Carr <ccarr@rizzopc.com>
**Subject:** RE: Levi v. Chapman, et al. Case No: 6:22-cv-1813-MK

The interrogatories require the input, and perhaps the signature, of more than one person who could respond, as the scope of the interrogatories covered responsibilities in different departments. We will respond as soon as possible, and will not be raising any objections to the interrogatories.

If you are not inclined to agree to the filing of an amended answer, I will file a motion for leave of

Exhibit 2
Page 1 of 4

court to do so.

**Jill Schneider**
Oregon Department of Justice
971.222.6081

---

**From:** Steven Rizzo <SRizzo@rizzopc.com>
**Sent:** Thursday, June 8, 2023 12:30 PM
**To:** Schneider Jill <Jill.Schneider@doj.state.or.us>; Mancuso Nicholas <nicholas.mancuso@doj.state.or.us>; Ballard Jackie <jackie.ballard@doj.state.or.us>; Price Aislinn <Aislinn.Price@doj.state.or.us>
**Cc:** Mary Skjelset <mskjelset@rizzopc.com>; Cheridan Carr <ccarr@rizzopc.com>
**Subject:** RE: Levi v. Chapman, et al. Case No: 6:22-cv-1813-MK

> **\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Jill and Nick,

I am struggling with your request and the multiple 'scrivener errors' rationale.

Based on the defendants' admissions in the pleadings, Plaintiff served interrogatories. The rogs (#3) requested in part that the defendants "identify (i) the concerns in the Duncan-Raygosa home that DHS failed to disclose and/or obfuscated notice and knowledge of; (ii) the DHS worker(s) and supervisor(s) who knew of any of the concerns that you identify; and (iii) explain the reason why the worker(s) and supervisor(s) failed to disclose and/or obfuscated their notice and knowledge of such concerns" You have failed to timely respond.

Rather, you now seek to withdraw admissions on which the rogs were based, and other admissions regarding the "non-party" children who were also abused in the home. Perhaps you may be thinking that "scrivener errors" excuse the failure to timely respond to rogs. It does not.

Unless you promptly/properly respond to the rogs, which is only fair, I am inclined to object to your motion. *See* Fed. R. Civ. P 37((a)3)(B)(iii).

I am available on Friday to confer by phone with respect to both your motion and Plaintiff's discovery motion.

Steve
**Steven Rizzo (he/him/his)**
**srizzo@rizzopc.com**



1300 SW Sixth Avenue | Suite 330 | Portland, Oregon 97201
☎: 503.229.1819 | 🖷: 503.229.0630 | 🌐: www.rizzopc.com
Offices in Oregon and Washington

*********NOTICE OF CONFIDENTIAL AND PRIVILEGED INFORMATION*********

Exhibit 2
Page 2 of 4

This e-mail and attachment, if any, is confidential and may contain attorney-client privileged information or attorney work-product. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way.  If you received this e-mail message in error, please return by forwarding the message and attachment to the sender and destroy the original.

**From:** Schneider Jill <Jill.Schneider@doj.state.or.us>
**Sent:** Wednesday, June 7, 2023 4:44 PM
**To:** Steven Rizzo <SRizzo@rizzopc.com>; Mary Skjelset <mskjelset@rizzopc.com>
**Subject:** Amended Answer in Levi

I need to amend our answer in this matter, to correct several scrivenor's errors.  Do I have your permission to do so, or should I file a motion for leave of court.  The answer needs to be amended to read:

21.

The State Defendants admit the allegations contained in Paragraphs 53 and  55.

22.

The State Defendants deny the allegations contained in Paragraphs 54 and 56.

\*

\*

26.

The State Defendants deny the allegations contained in Paragraph 61.

**Jill Schneider**
Senior Assistant Attorney General |Civil Litigation Unit|Trial Division
Oregon Department of JuAmenstice
100 SW Market St.
Portland, OR 97201
971.222.6081
Jill.Schneider@doj.state.or.us

***** CONFIDENTIALITY NOTICE *****
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 2
Page 3 of 4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\* CONFIDENTIALITY NOTICE \*\*\*\*\*
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Exhibit 2
Page 4 of 4

ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
NICHOLAS MANCUSO #151262
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Nicholas.Mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>        Plaintiff,<br><br>   v.<br><br>KIM CHAPMAN, et al; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOE,<br><br>        Defendants. | Case No.  6:22-CV-1813-MK<br><br>**DEFENDANTS' RESPONSE TO FIRST SET OF INTERROGATORIES** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>        Third-Party Plaintiff,<br><br>   v.<br><br>JOE ALBERT RAYGOSA,<br><br>        Third-Party Defendant. | |

Page 1 -  **DEFENDANTS' RESPONSE TO FIRST SET OF INTERROGATORIES**

Exhibit 3
Page 1 of 5

## GENERAL OBJECTIONS

Defendant State of Oregon (hereafter "State" or "Defendant") objects to interrogatories which encroach upon the attorney-client privilege. The State further objects to plaintiff's first set of interrogatories to the extent they exceed the scope of discovery allowed by the Federal Rules of Civil Procedure (FRCP).

## INTERROGATORIES

Defendants respond to Plaintiff's First Set of Interrogatories as follows:

**INTERROGATORY NO. 1**: Please explain the actions that were taken by DHS to gather information about Duncan-Raygosa from the state of California, local California public bodies and/or Native American tribes in connection with certifying Duncan-Raygosa in 2016.

**RESPONSE:** On May 24, 2016, an FBI Criminal Records Check was done on Nicole Duncan, with no results. On June 10, 2016, an Out of State Child Abuse Check was done on Nicole Duncan, with no results. On May 24, 2016, an FBI Criminal Records Check was done on Joseph Raygosa, with no results. On June 10, 2015, an Out of State Child Abuse Check was done on Joseph Raygosa, with no results.

Nicole Duncan is a member of the Siletz tribe. Ms. Duncan and Mr. Raygosa contacted the Siletz tribe about being a foster parents  On Feb. 23, 2016, Cheryl Duprau of the Siletz tribe emailed Joe Raygosa to say the tribe had no children available for placement and that the tribe could not accommodate Mr. Raygosa's request for an after-hours home study visit so an application to be foster parents could not proceed. DHS sent a release form to the Siletz tribe, July 11, 2016, asking for any forms or other documentation, and received nothing.

**INTERROGATORY NO. 2**: Paragraph 34 of Plaintiff's Complaint (ECF 1) alleges that "DHS removed J.C. and Z.C. from their family of origin and placed them into the Duncan-Raygosa foster home in July of 2016, prior to the completion of their SAFE Study." In response thereto, Defendants ¶ 34 "admit[s] that J.C. and her brother were placed into foster care, as alleged in

Page 2 -   **DEFENDANTS' RESPONSE TO FIRST SET OF INTERROGATORIES**

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Exhibit 3
Page 2 of 5

Paragraph 34 following DHS practices, when their biological home and supervision were deemed to be unsafe."

Please (i) identify the "practices" that DHS "followed" in placing J.C. and Z.C. in foster care; and (ii) the "practices" that DHS "followed" in placing J.C. and Z.C. into the Duncan-Raygosa foster home.

**RESPONSE:** A copy of the Foster Home Certification manual, Chapter 413, Division 200, effective 10/01/2015-09/28/2016 and a copy of the Substitute care manual, Chapter 413, Division 70, effective 02/18/2016-7/31/2016 will be provided.

**INTERROGATORY NO. 3**: Paragraph 61 of Plaintiff's Complaint (ECF 1) alleges that "[t]throughout their [J.C. and Z.C.] placement DHS had failed to disclose and/or obfuscated notice and knowledge of the concerns in the Duncan-Raygosa home. Paragraph 26 of Defendants' Answer (ECF 19) admits Plaintiff's ¶ 61.

Please identify (i) the concerns in the Duncan-Raygosa home that DHS failed to disclose and/or obfuscated notice and knowledge of; (ii) the DHS worker(s) and supervisor(s) who knew of any of the concerns that you identify; and (iii) explain the reason why the worker(s) and supervisor(s) failed to disclose and/or obfuscated their notice and knowledge of such concerns.

**RESPONSE:** Paragraph 26 of Defendants' Answer is in error. Defendants will move to correct the scrivener's error contained in Paragraph 26. Defendants deny the allegations contained in Paragraph 61.

**INTERROGATORY NO. 4**: Paragraph 53 of Plaintiff's Complaint (ECF 1) alleges that two siblings (referenced in ¶ 52) presented at the DHS facility with injuries that "were consistent with 'suspicious physical injuries' under Karly's Law, ORS 419B.022 – 024." Paragraph 54 of the Complaint alleges that "Duncan-Raygosa claimed that the two siblings had the injuries upon placement, which DHS knew or suspected was false." Paragraph 21 of Defendants' Answer (ECF 19) admits Plaintiffs' ¶¶ 53 and 54.

Page 3 -    **DEFENDANTS' RESPONSE TO FIRST SET OF INTERROGATORIES**

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Exhibit 3
Page 3 of 5

Please (i) identify the DHS worker(s) and/or supervisor(s) who knew or suspected that Duncan-Raygosa' s claim was false; and (ii) explain what action(s) the worker(s) and/or supervisor(s) took in response.

**RESPONSE:** Sheila Reed, a DHS social service assistant (SSA), noticed two children, who had been placed in the Duncan/Raygosa home, came to a DHS office for a supervised visit with their mother. The two children appeared to have facial injuries. The SSA inquired of the person dropping the children off who claimed not to know what had happened. This information was reported to the Child Welfare hotline which prompted a CPS assessment completed by Jordan Meyer and approved by Amelia Ballard. A copy of the assessment will be produced.

**INTERROGATORY NO. 5**: In connection with your First Affirmative Defense, please identify each alleged "discretionary function or duty" that was exercised or performed by each Individual State Defendant.

**RESPONSE:** As DHS employees who worked in Child Protective Services, each Individual State Defendant had and performed the discretionary duty to:

- Assess the skills, abilities, willingness and training of the foster parents to provide for the well-being of the children placed in the foster home;
- Assess any safety concerns discovered in the foster home;
- Assess any safety concerns observed of the general well-being of the children;
- Devise appropriate enhanced supervision plans for children placed in the foster home, if necessary;
- Monitor the compliance of the foster parents to the expectation that the well-being of the children placed in the home be addressed and nurtured;
- Provide recommendations to any court overseeing the custody of the children regarding continued court intervention; and
- Work towards the ultimate goal of family reunification as long as reunification appears attainable.

Page 4 -   **DEFENDANTS' RESPONSE TO FIRST SET OF INTERROGATORIES**

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Exhibit 3
Page 4 of 5

**INTERROGATORY NO. 6**: In connection with your Second Affirmative Defense, please identify each Individual State Defendant "who reasonably believed that their conduct was lawful in light of clearly established law and the information available to them."

**RESPONSE:** Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, and Erin Lane.

**INTERROGATORY NO. 7**: In connection with your Fourth Affirmative Defense, please identify the "others, not including the State Defendants" and explain how each was allegedly at "fault."

**RESPONSE:** Joe Raygosa caused the injuries to plaintiff by physically and sexually molesting her.

**INTERROGATORY NO. 8**: Please identify all persons who were contacted and/or participated in preparing your responses to these interrogatories.

**RESPONSE:** Jill Schneider, DOJ Assistant Attorney General.

With respect to the answers:

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.**

DATE: _6/13/2023_

_____
Kim Chapman

Page 5 -   **DEFENDANTS' RESPONSE TO FIRST SET OF INTERROGATORIES**

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Exhibit 3
Page 5 of 5

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

         Plaintiff,

v.

KIM CHAPMAN, et al ,

         Defendants.

---

OREGON DEPARTMENT OF
HUMAN SERVICES,

         Third Party Plaintiff,

v.

JOE ALBERT RAYGOSA,

         Third Party Defendant.

CASE NO. 6:22-cv-01813-MK

**CERTIFICATE OF SERVICE**

---

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Steven Rizzo in Support of Plaintiff's Response to Defendants' Motion to Amend**

**VIA EMAIL**

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Dated this 28th day of June, 2023.

        *s/ Cheridan Carr*
        Cheridan Carr
        Paralegal

1- Certificate of Service