Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>        Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>        Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>        Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>        Third Party Defendant. | |

1   STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

## INTRODUCTION

Plaintiff and third party subpoena recipient, Fresno County, California, Child Welfare Services (hereafter "FCCW") make this Stipulation concerning the discoverability of certain child welfare records in the custody and control of FCCW. The Stipulation is supported by Fed. R. Civ. P. 26(b), 29(b) and 45(a), the pleadings and papers on file with the Court, the Declaration of Mr. Steven Rizzo and exhibits thereto, and the Declaration of Ms. Carlie Flaugher and exhibits thereto.

## BACKGROUND

Plaintiff alleges in pertinent part that Duncan-Raygosa were involved in and/or questioned in connection with the death of a three-year-old child in or around Fresno, California, in approximately 2012. (ECF 1 at 5-6). Plaintiff served a subpoena on FCCW on June 8, 2023. In response to the subpoena, Plaintiff and FCCW conferred regarding production of responsive documents and information. The parties agreed that FCCW would produce the child welfare records based on federal case law,[1] which is controlling, and the Protective Order on file. (ECF 44). As set forth in that order, the materials are "Confidential" and "shall be used only in this proceeding."

For these reasons, the parties stipulate to the production of the FCCW child welfare records subject to the above case law and Protective Order. Plaintiff moves for an Order approving the Stipulation, and Ms. Flaugher (who is not admitted as a member of this Court) declares in support

---

[1] *See Gonzalez v. Spencer,* 336 F.3d 832 (9th Cir. 2003); *Doe No. 59 v. Santa Rosa City Sch.*, 2017 U.S. Dist. LEXIS 29126, at *2 (N.D. Cal. 2017); *Fox v. Cty. of Tulare*, 2013 U.S. Dist. LEXIS 103720, at *8 (E.D. Cal. 2013); *Estate of Maldonado v. Secy of the Cal. Dept of Corr. & Rehab.*, 2007 U.S. Dist. LEXIS 91084, at *13 (E.D. Cal. 2007).

2  STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS



RIZZO | BOSWORTH | ERAUT pc
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

of this Stipulation and Proposed Order.

Dated: July 5, 2023.

RIZZO BOSWORTH ERAUT PC

By: */s/ Steven Rizzo*

Mr. Steven Rizzo, OSB # 840853
srizzo@rizzopc.com (he/him/his)
Ms. Mary D. Skjelset OSB # 074850
mskjelset@rizzopc.com(she/her/hers)
Rizzo Bosworth Eraut PC
1300 S.W. Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED THIS _____ day of ___ 2023:

MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

3  STIPULATION  AND  PROPOSED  ORDER  RE
PRODUCTION OF FRESNO COUNTY CHILD WELFARE
RECORDS



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>               Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al.,<br><br>               Defendants. | CASE NO. 6:22-cv-01813-MK<br><br>**CERTIFICATE OF SERVICE** |

       I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

       On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Stipulation and Proposed Order Re Production of Fresno County Child Welfare Records**

   <u>**VIA ECF**</u>

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman,* |

      Dated this 5th  day of July, 2023.

                             *s/ Cheridan Carr*
                             Cheridan Carr
                             Paralegal

1- Certificate of Service