Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>      Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>      Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>      Third Party Defendant. | |

1 DECLARATION OF STEVEN RIZZO IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS



RIZZO | BOSWORTH | ERAUT pc
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

I, Mr. Steven Rizzo, declare as follows:

1. On behalf of Plaintiff in the above-captioned matter, I make this Declaration in support of the Stipulation and Proposed Order Re Production of Fresno County Child Welfare Records.

2. I issued a subpoena to Fresno County Child Welfare, which is dated June 8, 2023. The subpoena sought child welfare records relating to the death of a minor (N.S.), and Joe Albert Raygosa and Nicole Marie Duncan.

3. I conferred with Ms. Flaugher, who is the Fresno County Deputy County Counsel. The parties agree that federal law controls the discoverability of the materials; the parties also agree that the materials are "Confidential" and subject to the Protective Order. (ECF 44).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2023.

By: */s/ Steven Rizzo*
Mr. Steven Rizzo

2 DECLARATION OF STEVEN RIZZO IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS



RIZZO | BOSWORTH | ERAUTPC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | CASE NO. 6:22-cv-01813-MK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KIM CHAPMAN, et al., | |
| Defendants. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Steven Rizzo In Support of Stipulation and Proposed Order Re Production of Fresno County Child Welfare Records**

<u>**VIA ECF**</u>

| |
|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Lauren Blaesing
Harry B. Wilson
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman,*

Dated this 5th day of July, 2023.

*s/ Cheridan Carr*
Cheridan Carr
Paralegal

1- Certificate of Service