UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

      Plaintiff,

v.

KIM CHAPMAN, et al ,

      Defendants.

CASE NO. 6:22-cv-01813-MK

DECLARATION OF MS. CARLIE FLAUGHER IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS

OREGON DEPARTMENT OF HUMAN SERVICES,

      Third Party Plaintiff,

v.

JOE ALBERT RAYGOSA,

      Third Party Defendant.

I, Ms. Carlie Flaugher, declare as follows:

1 DECLARATION OF MS. CARLIE FLAUGHER IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS



RIZZO | BOSWORTH | ERAUT pc
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

1. On behalf of Plaintiff in the above-captioned matter, I make this Declaration in support of the Stipulation and Order Re Production of Fresno County Child Welfare Records ("the Stipulation").

2. I am a member in good standing with the California Bar Association, and I am employed by the Office of the Fresno County Counsel as Deputy County Counsel.

3. I received Plaintiff's subpoena, which is dated June 8, 2023. The subpoena sought child welfare records relating to the death of a minor (N.S.), and Joe Albert Raygosa and Nicole Marie Duncan.

4. I performed a search and located responsive documents and information. Such materials, however, are regarded as confidential under California rules.

5. I conferred with Plaintiff's counsel, Mr. Rizzo, and reviewed the federal citations, which provide that Fed. R. Civ. P 26 controls the discovery of these materials. The parties understand and agree that the child welfare records are provided based on the federal case law as referenced in the Stipulation.

6. I also understand that production of the materials is subject to the Protective Order (ECF 44), meaning that the materials are "Confidential" and "shall be used only in this proceeding."

7. I therefore support the Plaintiff's Stipulation and Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2023.

By: _Carlie Flaugher_
Ms. Carlie Flaugher, (CA Bar No. 317687)

2 DECLARATION OF MS. CARLIE FLAUGHER  IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>      Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al.,<br><br>      Defendants. | CASE NO. 6:22-cv-01813-MK<br><br>**CERTIFICATE OF SERVICE** |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Carlie Flaugher In Support of Stipulation and Proposed Order Re Production of Fresno County Child Welfare Records**

<u>**VIA ECF**</u>

| |
|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Lauren Blaesing
Harry B. Wilson
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman,*

Dated this 5th day of July, 2023.

  *s/ Cheridan Carr*
Cheridan Carr
Paralegal

1- Certificate of Service