Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>         Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>         Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>         Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>         Third Party Defendant. | |

STIPULATION AND ~~PROPOSED~~ ORDER RE PRODUCTION OF FRESNO COUNTY CHILD WELFARE RECORDS



RIZZO | BOSWORTH | ERAUT pc
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

## INTRODUCTION

Plaintiff and third party subpoena recipient, Fresno County, California, Child Welfare Services (hereafter "FCCW") make this Stipulation concerning the discoverability of certain child welfare records in the custody and control of FCCW. The Stipulation is supported by Fed. R. Civ. P. 26(b), 29(b) and 45(a), the pleadings and papers on file with the Court, the Declaration of Mr. Steven Rizzo and exhibits thereto, and the Declaration of Ms. Carlie Flaugher and exhibits thereto.

## BACKGROUND

Plaintiff alleges in pertinent part that Duncan-Raygosa were involved in and/or questioned in connection with the death of a three-year-old child in or around Fresno, California, in approximately 2012. (ECF 1 at 5-6). Plaintiff served a subpoena on FCCW on June 8, 2023. In response to the subpoena, Plaintiff and FCCW conferred regarding production of responsive documents and information. The parties agreed that FCCW would produce the child welfare records based on federal case law,[1] which is controlling, and the Protective Order on file. (ECF 44). As set forth in that order, the materials are "Confidential" and "shall be used only in this proceeding."

For these reasons, the parties stipulate to the production of the FCCW child welfare records subject to the above case law and Protective Order. Plaintiff moves for an Order approving the Stipulation, and Ms. Flaugher (who is not admitted as a member of this Court) declares in support

---

[1] *See Gonzalez v. Spencer,* 336 F.3d 832 (9th Cir. 2003); *Doe No. 59 v. Santa Rosa City Sch.*, 2017 U.S. Dist. LEXIS 29126, at *2 (N.D. Cal. 2017); *Fox v. Cty. of Tulare*, 2013 U.S. Dist. LEXIS 103720, at *8 (E.D. Cal. 2013); *Estate of Maldonado v. Secy of the Cal. Dept of Corr. & Rehab.*, 2007 U.S. Dist. LEXIS 91084, at *13 (E.D. Cal. 2007).

2   STIPULATION   AND   ~~PROPOSED~~   ORDER   RE
PRODUCTION OF FRESNO COUNTY CHILD WELFARE
RECORDS



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

of this Stipulation and Proposed Order.

Dated: July 5, 2023.

RIZZO BOSWORTH ERAUT PC


By: */s/ Steven Rizzo*

Mr. Steven Rizzo, OSB # 840853
srizzo@rizzopc.com (he/him/his)
Ms. Mary D. Skjelset OSB # 074850
mskjelset@rizzopc.com(she/her/hers)
Rizzo Bosworth Eraut PC
1300 S.W. Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

ATTORNEYS FOR PLAINTIFF


IT IS SO ORDERED THIS <u>18th</u> day of July 2023.


<u>s/ Mustafa T. Kasubhai</u>
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge


3   STIPULATION AND ~~PROPOSED~~ ORDER RE
PRODUCTION OF FRESNO COUNTY CHILD WELFARE
RECORDS



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com