**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **NOTICE OF APPEARANCE OF ALEXANDRA L. RHEE** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    NOTICE OF APPEARANCE OF ALEXANDRA L. RHEE**

PLEASE BE ADVISED that Alexandra L. Rhee of Markowitz Herbold PC hereby enters her appearance for State defendants and third-party plaintiff.  Harry Wilson and Lauren Blaesing of Markowitz Herbold PC and Jill Schneider and Nicholas Mancuso remain as counsel of record for State defendants and third-party plaintiff.  State defendants and third-party plaintiff's attorney contact information is as follows:

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105
LaurenBlaesing@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
AlexRhee@MarkowitzHerbold.com

ELLEN ROSENBLUM, ATTORNEY GENERAL
Department of Justice
100 Market Street
Portland, OR  97201
Tel:  (971) 673-1880
Fax:  (971) 673-5000
Jill.Schneider@doj.state.or.us
Nicholas.Mancuso@doj.state.or.us

DATED: July 20, 2023.          MARKOWITZ HERBOLD PC

s/ Alexandra L. Rhee
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
*Special Assistant Attorneys General for State Defendants and Third Party Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.state.or.us
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.state.or.us
*Of Attorneys for State Defendants and Third Party Plaintiff*

2012086.1

**Page 2 –    NOTICE OF APPEARANCE OF ALEXANDRA L. RHEE**