**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF FRANK MILES IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –　DECLARATION OF FRANK MILES IN SUPPORT OF STATE
　　　　　　DEFENDANTS' MOTION FOR RECONSIDERATION**

I, Frank Miles, declare as follows:

1.      My name is Frank Miles.  I am an employee with the Oregon Department of Human Services ("ODHS") and make this declaration in support of State Defendants' Motion for Reconsideration in the above captioned matter.  I have compiled the information in the statements set forth below either through personal knowledge or in conjunction with other ODHS personnel with the relevant operational knowledge.

2.      I am the shared Criminal Justice Information Services ("CJIS") Administrator and Local Agency Security Officer ("LASO") for ODHS and the Oregon Health Authority ("OHA").  I have held this position since November 2019.  Prior to my current position, I was the Unit Manager of ODHS and OHA's shared Background Check Unit from 2013 to 2019.  I joined ODHS in 1998 and served in various positions, including case manager and community resource manager, until 2006.  I rejoined ODHS in 2009 and thereafter served as a caseworker and operations manager until 2013.

3.      As the CJIS Administrator and LASO, I provide to ODHS guidance and oversight regarding the creation, maintenance, use, transmission, and destruction of Criminal Justice Information ("CJI").  My duties include:

a.      oversee all activities related to the development, implementation, maintenance of, and adherence to agency CJIS policies and practices;

b.      identify who is using approved CJIS hardware, software, and firmware, and ensure unauthorized individuals do not have access to the same;

c.      identify and document how the equipment is connected to the State information system;

d.      ensure that CJIS personnel security screening procedures are followed;

**Page 2 –     DECLARATION OF FRANK MILES IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

e.    ensure the approved and appropriate CJIS security measures (including physical and information technology) are in place and working as expected; and

f.    support policy compliance and ensure appropriate response to CJIS security incidents.

4.    I also serve as the primary information security contact between an ODHS unit or program using CJI and the Oregon State Police ("OSP") through which the unit or program interfaces with the Federal Bureau of Investigation's ("FBI") CJIS.  As part of my job duties, I am familiar with policies and regulations governing ODHS's use and access of CJI.

5.    OR-Kids provides access to CJI from the FBI's CJIS and OSP's Law Enforcement Data System ("LEDS").  OR-Kids provides indirect access to CJI without the ability to query or update state and national systems, but nonetheless contains legacy CJI from LEDS or FBI systems.  Therefore, OR-Kids must comply with all CJIS and LEDS physical, data, and personnel requirements.

6.    Under the FBI CJIS Security Policy (Ex. 1) and the ODHS and OHA Access Control Policy (Ex. 2), all persons who seek to use a data system with access to CJI must complete a state and national fingerprinted-based criminal records check.  Therefore, all persons must successfully complete this background check prior to accessing OR-Kids.

7.    Under the FBI CJIS Security Policy, all users with authorized access to CJI must complete security awareness training.  This means all users of OR-Kids must complete a CJIS security awareness training after successfully completing a fingerprint-based background check.

8.    ODHS and OHA Information Technology Asset Management Policy (Ex. 3) requires that any agreement providing third-party access to ODHS's CJIS system must contain an OSP-approved language for outsourcing of noncriminal justice administrative functions.

**Page 3 –    DECLARATION OF FRANK MILES IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

9.    Violations of the conditions set forth in paragraphs 5-7 of this declaration "may result in administrative sanctions including, but not limited to, termination of services and state and federal criminal penalties" per Section 4.2.5.2 of the FBI CJIS Security Policy.

10.    Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
|---|---|---|
| 1 | Federal Bureau of Investigation Criminal Justice Information Systems Security Policy (CJISD-ITS-DOC-08140-5.9.2) | December 7, 2022 |
| 2 | ODHS and OHA Access Control Policy (ODHS\|OHA 090-003) | February 1, 2023 |
| 3 | ODHS and OHA Information Technology Asset Management Policy (ODHS\|OHA 070-014) | May 1, 2023 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 25, 2023.

_Frank S Miles_

_____

Frank Miles

2021127.1

**Page 4 –    DECLARATION OF FRANK MILES IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**