**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*and Third Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

Page 1 –   **DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

I, Michael Payne, declare as follows:

1.     My name is Michael Payne.  I am an employee with the Oregon Department of Human Services ("ODHS") and make this declaration in support of State Defendants' Motion for Reconsideration in the above captioned matter.  I have compiled the information in the statements set forth below either through personal knowledge or in conjunction with other ODHS personnel with the relevant operational knowledge of ODHS systems.

2.     I am an Operations and Policy Analyst 4 providing information and decision support for ODHS Child Welfare.  I am part of a larger work group providing OR-Kids application development, user support, and data analysis.  Within the OR-Kids group I am part of a team called Financial, Reporting, Interface[s] & Data ("FRID").

3.     I have been with the OR-Kids application team since 2012.  FRID has been its own entity within the OR-Kids unit since 2016, and I have been the lead since FRID's inception.  Prior to beginning employment with DHS, I was employed as a senior business analyst in the private sector software industry.

4.     As an Operations and Policy Analyst my duties include providing child welfare data to support agency policy makers and managers performing professional oversight and working with OR-Kids database architects to implement changes to the reporting and other functions of OR-Kids necessitated by ODHS business requirements.  To a lesser extent I also provide training and support to OR-Kids end-users (including direct service case workers).  As part of my job duties, I am familiar with the database structure and reporting capabilities of OR-Kids, including the security and permissions for creating, editing, and viewing case notes and provider notes.

**Page 2 –     DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

**SENSITIVITY OF INFORMATION ACCESSIBLE THROUGH OR-KIDS**

5. OR-Kids is ODHS's core child welfare services database application.

6. OR-Kids contains sensitive, confidential information about families receiving child welfare and child protection services from ODHS, including children, parents, other family members, including personally identifiable information, protected health information, federal tax information, Social Security Administration information, and Criminal Justice Information ("CJI"). OR-Kids also contains similar information for providers of care services to children in ODHS custody. In addition, OR-Kids contains sensitive information from third parties that ODHS obtains and retains pursuant to strict confidentiality and security requirements and uses limitation agreements. These may include records of mental health or substance abuse treatment, educational records, and medical records.

7. CJI is the data provided by the Federal Bureau of Investigation's Criminal Justice Information Services ("FBI CJIS") and the Oregon Law Enforcement Data System ("LEDS").

8. Because it provides access to CJI, OR-Kids is a "Level 4 – Critical" information asset pursuant to the Oregon Department of Administrative Services information governance policies, which apply to State of Oregon information assets, and sets forth the requirements for all Oregon state agencies to classify and manage data.

9. "Level 4 – Critical" is the highest classification for information assets under Oregon's Information Asset Classification Policy (Ex. 1), reserved for the most sensitive types of information. Public disclosure of the information designated "Level 4 – Critical" could potentially cause major damage or injury up to and including death to named individual(s), agency employees, clients, partners, or cause major harm to the agency.

**Page 3 –    DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

## OR-KIDS SECURITY AND PERMISSIONS

10.    OR-Kids is a structured database built using SQL, a standard language used in programming and managing a relational database system.  The database includes over 700 separate tables.

11.    OR-Kids end users are ODHS employees whose job duties require them to have some level of access to the information in OR-Kids.  The level of access varies with the individual user's security permissions.  The OR-Kids Access team configures privacy and security settings, including user permissions, for OR-Kids in order to comply with Oregon and federal laws governing data privacy and information security limiting access to electronic records to persons with a business need to access the data.

12.    OR-Kids system administrators set security permissions according to the user's job duties.  In order to make changes to the electronic record in either a case record or a provider record, a user must have an "assignment" to that specific case or provider.  Once a user opens an assignment, they are limited as to what information they can see, change, add, or delete based upon their assigned role in the system.

## OR-KIDS NOTES

13.    The record of ODHS's engagements and interactions with families and providers includes narrative notes fields, commonly referred to as "Case Notes" or "Provider Notes".

14.    There are two methods for finalizing a case note.  The note author can finalize the note or OR-Kids automatically finalizes the note 60 days after it is created.

15.    Prior to finalization, the original note author can revise a case note.  For case and provider notes created before October 1, 2020, OR-Kids does not have archive tables to store the

**Page 4 –    DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

previous values of fields that have been over-written, how many times a field has been over-written, or by whom.

16.     Other users (*e.g.*, other case workers or supervisors) with appropriate case permissions can view a note, but cannot edit it, either prior to finalization or after.

17.     Case notes cannot be deleted, either before or after finalization, except by an automated process which requires multiple levels of review and approval by both business and technical personnel.  The only procedure for deleting a case note is if the note contains information, such as confidential reporter identification, that is not permitted to be recorded in the case note field, or if information was entered into an incorrect case file.

18.     Although not available or visible to OR-Kids end users (including case workers, their supervisors, and managers), the metadata showing access history of a particular case note, whether and when a user has accessed the record and the type of action the user took, is available in OR-Kids.  The access history metadata cannot be altered by a human user – a query must be programmed into a separate software and ran through OR-Kids to alter this back-end metadata.

19.     A data report that shows a case note's access history can be generated by running a customized query in the OR-Kids SQL replication database.  The OR-Kids SQL replication database is a near real-time copy of the OR-Kids data used for reporting purposes, so agency data analysis activities are not commingled with case service records.  At this time the only user who generates these reports is myself, although other users with administrative rights could query the database for the content of the reports.

20.     I prepared this type of access history report for every single case note from a relevant family file in another lawsuit against ODHS, *J.M., et al v. Major, et al*., 6:18-cv-00739-

**Page 5 –     DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE**
**                    DEFENDANTS' MOTION FOR RECONSIDERATION**

YY (D. Or.).  I was the deponent in the plaintiffs' Fed. R. Civ. P. 30(b)(6) deposition of ODHS concerning OR-Kids in the *J.M.* matter.

21.  I have reviewed the portion of the transcript of the parties' conference with the court dated July 5, 2023 concerning access to OR-Kids and I am unaware of which "drop-downs" plaintiff's counsel may have been referring to in his statements to the court.  I am not aware of a "drop-down" menu that provides access to the information counsel appears to be describing.

22.  Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
| --- | --- | --- |
| 1 | Oregon Department of Administrative Services Information Asset Classification Policy (DAS 107-004-050) | January 31, 2008 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 25, 2023.

*Michael Payne*
Michael Payne

2021118.1

**Page 6 –  DECLARATION OF MICHAEL PAYNE IN SUPPORT OF STATE
DEFENDANTS' MOTION FOR RECONSIDERATION**