**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF CAROLINE BURNELL IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

Page 1 –     **DECLARATION OF CAROLINE BURNELL IN SUPPORT OF STATE
DEFENDANTS' MOTION FOR RECONSIDERATION**

I, Caroline Burnell, declare as follows:

1.    My name is Caroline Burnell.  I am an employee with the Oregon Department of Human Services ("ODHS") and make this declaration in support of State Defendants' Motion for Reconsideration in the above captioned matter.  I have compiled the information in the statements set forth below either through personal knowledge or in conjunction with other ODHS personnel with the relevant operational knowledge of ODHS.

2.    I am the Manager of ODHS Legal Unit.  The ODHS Legal Unit provides administrative and operational support to agency personnel and ODHS's counsel in litigated matters including civil litigation and petitions for judicial review, and in public records requests.

3.    I have been the Manager of the ODHS Legal Unit since January 2020.  I started working for ODHS in February 1996.  I was the ODHS Legal Unit Manager for 8 years from February 2005 to April 2013 when I became the Operation Support Manager in Field Services.  I served as the Operation Support Manager in Field Services from April 2013 to August 2018.  I resumed my role as the Manager of ODHS Legal Unit in 2015 while continuing in the Operation Support Manager position.  In August 2018, I left the Operation Support Manager position and started working as a Senior Tort Claim Analyst for the Oregon Department of Transportation before returning to ODHS full time as the Legal Unit Manager in January 2020.

4.    As the Manager of ODHS Legal Unit, my duties include serving as an agency point of contact and coordinator for litigation functions between ODHS and ODHS's counsel at the Oregon Department of Justice and Special Assistant Attorneys General.  In this capacity I manage four other Legal Unit employees who perform litigation support functions relating to document collection, witness support, responding to written discovery requests, and coordinating with the Risk Management Division of the Department of Administrative Services.  As part of

**Page 2 –    DECLARATION OF CAROLINE BURNELL IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

my job duties, I am familiar with ODHS's process for complying with discovery requests issued to ODHS in civil lawsuits, including production of documents from OR-Kids.

5.      At any given time, ODHS has between 160 and 175 tort claims in some stage of litigation or pre-litigation.

6.      ODHS has never been compelled to allow inspection of OR-Kids as part of civil discovery.

7.      ODHS has never voluntarily provided access to OR-Kids as a response to a civil discovery request.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 25, 2023.

Caroline Burnell

Digitally signed by Caroline Burnell
Date: 2023.07.25 13:45:49 -07'00'

Caroline Burnell

**Page 3 –    DECLARATION OF CAROLINE BURNELL IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**