**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF ALEXANDRA L. RHEE IN SUPPORT OF STATE DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    DECLARATION OF ALEXANDRA L. RHEE IN SUPPORT OF REPLY IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**

I, Alexandra L. Rhee, declare as follows:

1.      I am a Special Assistant Attorney General representing state defendants Kim Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services in the above-captioned matter.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
|---------|---------------------|------|
| 1 | Excerpt of transcript of discovery hearing by teleconference | July 5, 2023 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 18, 2023.

*s/ Alexandra L. Rhee*
Alexandra L. Rhee, OSB #230770

**Page 2 –    DECLARATION OF ALEXANDRA L. RHEE IN SUPPORT OF REPLY IN SUPPORT OF STATE DEFENDANTS' MOTION FOR RECONSIDERATION**