**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF JOINT STATUS REPORT** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF JOINT STATUS REPORT**

I, Lauren F. Blaesing, declare as follows:

1. I am a Special Assistant Attorney General representing state defendants Kim Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services in the above-captioned matter. I have personal knowledge of the facts set forth herein. I make this declaration in support of the parties' Joint Status Report.

2. Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
|---------|---------------------|------|
| 1 | Email from L. Blaesing to plaintiff's counsel re Levi – continued conferral | 8/2/2023 |
| 2 | Email from plaintiff's counsel to L. Blaesing re conferral | 8/10/2023 |
| 3 | Email from L. Blaesing to plaintiff's counsel re conferral | 8/17/2023 |
| 4 | Email from plaintiff's counsel to L. Blaesing re conferral topics | 8/21/2023 |
| 5 | Email from plaintiff's counsel to L. Blaesing re inspection, conferral, status and joint letter | 8/24/2023 |
| 6 | Email from L. Blaesing to plaintiff's counsel re inspection, conferral, status and joint letter | 8/29/2023 |
| 7 | Letter from H. Hoffman to plaintiff's counsel re text message collection | 8/31/2023 |

Information designated as Confidential or Attorney's Eyes Only pursuant to the Protective Order (Dkt. 44) is redacted from these exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 5, 2023, at Portland, Oregon.

*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB # 113305

2038032.1

**Page 2 –   DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF JOINT STATUS REPORT**