**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –**    NOTICE OF APPEARANCE

Hannah K. Hoffman, of Markowitz Herbold PC, hereby enters her appearance as an attorney for defendants and third-party plaintiff.  Lauren F. Blaesing, Harry B. Wilson, Alexandra L. Rhee, Jill Schneider and Nicholas Mancuso remain as counsel of record for defendants and third-party plaintiff.  Defendants and Third-Party Plaintiff's attorneys contact information is as follows:

> Lauren F. Blaesing
> LaurenBlaesing@MarkowitzHerbold.com
> Harry B. Wilson
> HarryWilson@MarkowitzHerbold.com
> Alexandra L. Rhee
> AlexRhee@MarkowitzHerbold.com
> Hannah K. Hoffman
> HannahHoffman@MarkowitzHerbold.com
> MARKOWITZ HERBOLD PC
> 1455 SW Broadway, Suite 1900
> Portland, OR  97201
> Telephone: (503) 295-3085
>
> Jill Schneider
> Jill.Schneider@doj.state.or.us
> Nicholas Mancuso
> Nicholas.Mancuso@doj.state.or.us
> OREGON DEPARTMENT OF JUSTICE
> Trial Division, Special Litigation Unit
> 100 SW Market Street
> Portland, OR 97201
> Telephone: (971) 673-1880

DATED: September 7, 2023          MARKOWITZ HERBOLD PC

*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
*Special Assistant Attorneys General for State Defendants and Third-Party Plaintiff*

**Page 2 –**    NOTICE OF APPEARANCE

Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party*
*Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.state.or.us
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.state.or.us
*Of Attorneys for State Defendants and Third-Party*
*Plaintiff*

2039225

**Page 3 –**    NOTICE OF APPEARANCE