**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO ENTER ORDER RE THE SEPTEMBER 8, 2023 DISCOVERY CONFERENCE** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

I, Lauren F. Blaesing, declare as follows:

**Page 1 –     DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO ENTER
ORDER RE THE SEPTEMBER 8, 2023 DISCOVERY CONFERENCE**

1.      I am a Special Assistant Attorney General representing state defendants Kim

Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of

Human Services in the above-captioned matter. I have personal knowledge of the facts set forth

herein.  I make this declaration in support of State Defendants' Response to Plaintiff's Motion to

Enter Order re September 8, 2023 Discovery Conference.

2.      Attached is a true and correct copy of State Defendants' Proposed Order

(**Exhibit 1**).

3.      Attached is a true and correct copy of a letter from Hannah K. Hoffman to Steven

V. Rizzo regarding State Defendants' collection of cell phone records, dated August 31, 2023

(**Exhibit 2).**

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 24, 2023, at Portland, Oregon.


_s/ Lauren F. Blaesing_
Lauren F. Blaesing, OSB # 113305

2056822


**Page 2 –     DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF
                    DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO ENTER
                    ORDER RE THE SEPTEMBER 8, 2023 DISCOVERY CONFERENCE**