**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>                              Plaintiff,<br><br>        v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>                              Defendants. | Case No. 6:22-cv-01813-MK<br><br>**STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER** |

OREGON DEPARTMENT OF HUMAN SERVICES,

                    Third-Party Plaintiff,

        v.

JOE ALBERT RAYGOSA,

                    Third-Party Defendant.

**Page 1 –     STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER**

## LOCAL RULE 7-1(a) CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for Kim Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services ("ODHS") (collectively, "State Defendants") conferred by telephone with counsel for plaintiff prior to filing this motion, and the parties were unable to reach agreement.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1), State Defendants move for a 20-day extension to file an amended answer to plaintiff's complaint, or, in the alternative, to file a motion for leave to file an amended answer. The extension would extend the deadline to file an amended answer from November 9, 2023 to November 29, 2023.

## ARGUMENT

Federal Rule of Civil Procedure 6(b)(1) provides that a court may extend the time for a party to act for "good cause." Local Rule 16-3(a) provides that a motion to extend deadlines must show good cause why the deadlines should be modified; show effective prior use of time; recommend a new date for the deadline in question; and show the impact of the proposed extension on other existing deadlines, settings, or schedules. L.R. 16-3(a)(1)-(4). "'Good cause' is a non-rigorous standard." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). Rule 6(b)(1) is "liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Id.* (quotation marks and citation omitted). Litigants are typically granted an extension "in the absence of bad faith or prejudice to the adverse party." *Wanke Cascade Distrib., Ltd. v. Forbo Flooring, Inc.*, No. 3:13–cv–00768–AC, 2015 WL 1757151, at *3 (D. Or. Apr. 17, 2015) (citations omitted).

**Page 2 –    STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER**

Good cause exists here to extend the deadline for State Defendants to file their amended answer.  State Defendants seek the additional time to complete additional proposed amendments to their answer to conform the answer with ongoing discovery and their ongoing investigation.

State Defendants initially answered plaintiff's complaint on January 30, 2023.  (Answer, Affirmative Defenses, & Third-Party Compl. (Dkt. No. 19).)  State Defendants then moved for leave to amend the answer on June 14, 2023 to correct several scrivener's errors.  (Mot. for Leave to File an Am. Answer (Dkt. No. 45); Proposed Am. Answer (Dkt. No. 45-1).)  On October 30, 2023, the Court granted the motion and ordered state defendants to file the amended answer within 10 days.  (Order ¶ 5 (Dkt. No. 92).)

During the intervening months between State Defendants' motion for leave to amend, filed in June 2023, and today, State Defendants have reviewed and produced thousands of pages of documents and conducted additional investigation.  State Defendants now seek additional time to further amend their answer to conform with this discovery and their ongoing investigation.  In the Ninth Circuit, there is a "strong policy" in favor of "permitting amendment." *Thomas-Lazear v. F.B.I.*, 851 F.2d 1202, 1206 (9th Cir. 1988); *see also Sec. & Exch. Comm'n v. Nat'l Student Mktg. Corp.*, 73 F.R.D. 444, 447 (D.D.C. 1977) ("There can be no doubt that a district court has broad discretion pursuant to Rule 15 to allow amendment of pleadings, and that such motions should be looked upon with favor under the liberal pleading standards of the federal rules.").

The additional time requested by this motion will allow State Defendants to prepare a proposed amended answer and confer with plaintiff.  If plaintiff stipulates to the proposed amendment, State Defendants will file the amended answer on November 29; if plaintiff does not stipulate, State Defendants will file a new motion for leave to file an amended answer on that date and will attach the proposed amended answer.

**Page 3 –    STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER**

The Ninth Circuit's strong policy in favor of amendment constitutes good cause for this extension. This 20-day extension will not affect any other deadlines in this case. Discovery does not close until July 12, 2024, and there will be no prejudice to plaintiff by virtue of a short delay to file an amended answer.

## CONCLUSION

For the foregoing reasons, the Court should grant State Defendants a 20-day extension to file their amended response to plaintiff's complaint, which would extend the deadline from November 9, 2023 to November 29, 2023.

DATED: November 9, 2023          MARKOWITZ HERBOLD PC


*s/Hannah K. Hoffman*
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
*Special Assistant Attorneys General for State Defendants and Third-Party Plaintiff*

Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.state.or.us
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.state.or.us
*Of Attorneys for State Defendants and Third-Party Plaintiff*

2062477.2

**Page 4 –    STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER**