**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. NO. 92)** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

Page 1 –    **DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE
DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S DISCOVERY
ORDER (DKT. NO. 92)**

I, Lauren F. Blaesing, declare as follows:

1.    I am a Special Assistant Attorney General representing defendants Kim Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services (collectively the "State Defendants") in the above-captioned matter.  I make this declaration in support of State Defendants' Objection to Magistrate Judge's Discovery Order (Dkt. No. 92).

2.    State Defendants are aware that the conservator Ethan Levi served a subpoena *duces tecum* on Kids FIRST in the Lane County state court probate matter.  This has been confirmed by plaintiff's counsel and Kids FIRST's counsel.  State Defendants are not in possession of the Kids FIRST subpoena and therefore do not attach it as an exhibit.

3.    Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
|---|---|---|
| 1 | Petition for Appointment for a Conservator for a Minor | January 21, 2021 |
| 2 | Limited Judgment Appointing Conservator for a Minor | May 4, 2021 |
| 3 | Supboena *duces tecum* to Lane County Department of Human Services Child Welfare | May 24, 2021 |
| 4 | Supboena *duces tecum* to Lane County Department of Human Services Child Welfare | November 17, 2022 |
| 5 | Supboena *duces tecum* to Lane County Juvenile Court | June 15, 2022 |
| 6 | Stipulated Protective Order with Kids FIRST | March 3, 2023 |
| 7 | Lane County Trial Court Administrator's Motion to Quash Subpoena *duces tecum* | August 12, 2022 |
| 8 | Order Denying Motion to Quash Subpoena | October 26, 2022 |
| 9 | Stipulated Protective Order | January 6, 2023 |
| 10 | Oregon Department of Human Service's Motion to Quash Subpoena *duces tecum* | January 10, 2023 |
| 11 | Order Denying Motion to Quash Subpoena | March 7, 2023 |

**Page 2 –    DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. NO. 92)**

| Ex. No. | Document Description | Date |
|---------|--------------------|------|
| 12 | State Defendants' First Request for Production to Plaintiff | July 26, 2023 |
| 13 | Plaintiff's Response to State Defendants' First Request for Production | August 28, 2023 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed November 13, 2023, at Portland, Oregon.

*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB # 113305

2064764.2

**Page 3 –   DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. NO. 92)**