Steven Rizzo, OSB # 840853
Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut, PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>       Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**REQUEST TO ENTER DEFAULT OF THIRD-PARTY DEFENDANT JOE ALBERT RAYGOSA** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>       Third Party Defendant. | |

**INTRODUCTION**

Plaintiff requests the Clerk to default third party defendant Joe Albert Raygosa. Fed. R. Civ. P. 55(a) and the pleadings and papers on file support the Motion.

1 – REQUEST TO ENTER DEFAULT OF RAYGOSA

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

**REQUEST FOR DEFAULT**

Plaintiff filed this civil rights action on behalf of J.C. (a minor) on November 11, 2022. (ECF 1). Plaintiff alleges that defendant Oregon Department of Human Services ("DHS") certified Mr. Joe Albert Raygosa ("Raygosa") and Ms. Nicole Duncan to operate a foster home in Lane County, Oregon. Plaintiff alleges that Raygosa sexually abused her in that home. (*Id*. at 11). Plaintiff's federal claims allege that the DHS employee-defendants deprived J.C. of her constitutional right to protection from infliction of bodily harm by a foster parent. Plaintiff's negligence claim alleges that DHS is jointly and severally liable with the employee-defendants and Raygosa-Duncan. (*Id*. at 2-3). Defendants' January 30, 2023 Answer and Third Party Complaint alleges a battery claim against Joe Allen [*sic*] Raygosa. (ECF 19 at 9-10). Raygosa was personally served with the summons on March 8, 2023. (ECF 29). Raygosa has failed to plead or otherwise defend.

**CONCLUSION**

Rule 55(a) "requires the entry of default" against Raygosa. *See Macon v. Proud Ground Org.,* 2021 U.S. Dist. LEXIS 143910 * 5 | 2021 WL 3354157 (D. Or. 2021).

Dated: November 14, 2023.

RIZZO BOSWORTH ERAUT PC

By:*/s/ Steven Rizzo*
Mr. Steven Rizzo OSB # 840853 (he/him/his)
Ms. Mary D. Skjelset OSB # 075840 (she/her/hers)
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

ATTORNEYS FOR PLAINTIFF LEVI

2 – REQUEST TO ENTER DEFAULT OF RAYGOSA

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>      Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>      Defendants.<br><br>OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>      Third Party Defendant. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof: **Request to Enter Default of Third-Party Defendant Joe Albert Raygosa**

<u>**VIA ECF**</u>

<table>
<tr>
<td>

**Jill Schneider**
**Nicholas S. Mancuso**
**Oregon Department of Justice**
**100 SW Market Street**
**Portland, OR 97201**
**Ph. 971-673-1880**
**Fax: 971-673-5000**
**Email: jill.schneider@doj.state.or.us**
**Email: nicholas.mancuso@doj.state.or.us**
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

</td>
<td>

Lauren Blaesing
Harry B. Wilson
Alexandra Rhee
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
Email: alexrhee@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

</td>
</tr>
</table>

Dated this 14th day of November, 2023.

    *s/ Cheridan Carr*
Cheridan Carr
Paralegal

1- Certificate of Service