Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>   Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al,<br><br>   Defendants. | CASE NO. 6:22-cv-01813-MK<br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THE AMENDED ANSWER |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>   Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>   Third Party Defendant. | |

I, Mr. Steven Rizzo, declare as follows:

1. On behalf of Plaintiff in the above-captioned matter, I make this Declaration in support of Plaintiff's Response to Defendants' Motion for Extension of Time to File Amended Answer and Alternative Motion to File a Motion for Leave to File an Amended Answer.

2. Attached as Exhibit 1 is a true and accurate copy of correspondence between parties,

1 - DECLARATION OF STEVEN RIZZO


RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

dated November 9, 2023.

3.   My practice is to agree to reasonable requests for extensions of time. However, in this instance, based on the parties' email exchange and the conferral by phone which took place on November 9, 2023, I had the distinct impression that allowing the defendants additional time to incorporate *some proposed additional* amendments into the Amended Answer would be prejudicial to Plaintiff. Therefore, I could not agree to the defendants' request in a vacuum. The parties did not confer regarding the alternative motion for leave.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2023.

By: */s/ Steven Rizzo*
    Mr. Steven Rizzo

2 - DECLARATION OF STEVEN RIZZO

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

| | |
|---|---|
| **From:** | Steven Rizzo |
| **To:** | Lauren Blaesing; Harry Wilson; Alex Rhee; Hannah K. Hoffman; Schneider Jill; Mancuso Nicholas; Heather Laske |
| **Cc:** | Mary Skjelset; Cheridan Carr; Shelley Maddox |
| **Subject:** | RE: Amended answer - MOET LR 7 Conferral |
| **Date:** | Thursday, November 09, 2023 11:52:58 AM |
| **Attachments:** | image001.png |

Harry,

Regarding our conferral a few moments ago re the Amended Answer:

We sought input on the "evidence" that defendants are using to prepare amendments, which are in addition to the withdrawal the FSC defense and obfuscation admission. You were unwilling to relate the evidence, claiming that investigative methods and results are work product.

In the alternative, we offered that you simply file the amended answer today, as ordered, and move for leave to add the new amendments on or before 11/29, after we have an opportunity to meaningfully confer on your motion for leave to file an amended answer. But you declined this suggestion, indicating that you did not want to file serial Answers.

We can't agree to wait for the surprise later this month, lest we appear to have tacitly agreed with your approach, which we do not.

As mentioned, this is the type of issue that could've been handled informally with the Court well in advance of today's deadline.

If you still intend to file a motion to extend, please consider including this email thread with the filing.

Thanks,

Steve
**Steven Rizzo (he/him/his)**
**srizzo@rizzopc.com**



1300 SW Sixth Avenue | Suite 330 | Portland, Oregon 97201
☎: 503.229.1819 | 🖨: 503.229.0630 | 🌐: www.rizzopc.com
Offices in Oregon and Washington

*********NOTICE OF CONFIDENTIAL AND PRIVILEGED INFORMATION*********

This e-mail and attachment, if any, is confidential and may contain attorney-client privileged information or attorney work-product. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way.  If you received this e-mail message in error, please return by forwarding the message and attachment to the sender and destroy the original.

**From:** Steven Rizzo
**Sent:** Tuesday, November 7, 2023 1:52 PM
**To:** Hannah K. Hoffman <hannahhoffman@markowitzherbold.com>; Mary Skjelset

Exhibit 1
Page 1 of 4

<mskjelset@rizzopc.com>
**Cc:** Cheridan Carr <ccarr@rizzopc.com>; Shelley Maddox <smaddox@rizzopc.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>; Heather Laske <heatherlaske@markowitzherbold.com>; Schneider Jill <Jill.Schneider@doj.state.or.us>
**Subject:** RE: Amended answer - MOET

The local rules require a conferral by phone.

Please comply.

**Steven Rizzo (he/him/his)**
**srizzo@rizzopc.com**



1300 SW Sixth Avenue | Suite 330 | Portland, Oregon 97201
☎: 503.229.1819 | 🖷: 503.229.0630 | 🌐: www.rizzopc.com
Offices in Oregon and Washington

**********NOTICE OF CONFIDENTIAL AND PRIVILEGED INFORMATION**********

This e-mail and attachment, if any, is confidential and may contain attorney-client privileged information or attorney work-product. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way.  If you received this e-mail message in error, please return by forwarding the message and attachment to the sender and destroy the original.

---

**From:** Hannah K. Hoffman <hannahhoffman@markowitzherbold.com>
**Sent:** Tuesday, November 7, 2023 1:50 PM
**To:** Steven Rizzo <SRizzo@rizzopc.com>; Mary Skjelset <mskjelset@rizzopc.com>
**Cc:** Cheridan Carr <ccarr@rizzopc.com>; Shelley Maddox <smaddox@rizzopc.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>; Heather Laske <heatherlaske@markowitzherbold.com>; Schneider Jill <Jill.Schneider@doj.state.or.us>
**Subject:** RE: Amended answer - MOET

Steve,

Your question implicates our work product. We will provide a proposed amended answer before we file the motion for leave to file an amended answer. Please let us know your position on our motion for extension.

Thanks,

Hannah

---

Exhibit 1
Page 2 of 4

**From:** Steven Rizzo <SRizzo@rizzopc.com>
**Sent:** Tuesday, November 7, 2023 1:07 PM
**To:** Hannah K. Hoffman <hannahhoffman@markowitzherbold.com>; Mary Skjelset <mskjelset@rizzopc.com>
**Cc:** Cheridan Carr <ccarr@rizzopc.com>; Shelley Maddox <smaddox@rizzopc.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>; Heather Laske <heatherlaske@markowitzherbold.com>; Schneider Jill <Jill.Schneider@doj.state.or.us>
**Subject:** RE: Amended answer - MOET

What "identified evidence necessitate[es] additional amendments to the answer"?

Thanks,

Steve

**Steven Rizzo (he/him/his)**
**srizzo@rizzopc.com**



1300 SW Sixth Avenue | Suite 330 | Portland, Oregon 97201
☎: 503.229.1819 | 🖷: 503.229.0630 | 🌐: www.rizzopc.com
Offices in Oregon and Washington

*********NOTICE OF CONFIDENTIAL AND PRIVILEGED INFORMATION**********

This e-mail and attachment, if any, is confidential and may contain attorney-client privileged information or attorney work-product. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way.  If you received this e-mail message in error, please return by forwarding the message and attachment to the sender and destroy the original.

---

**From:** Hannah K. Hoffman <hannahhoffman@markowitzherbold.com>
**Sent:** Tuesday, November 7, 2023 1:00 PM
**To:** Steven Rizzo <SRizzo@rizzopc.com>; Mary Skjelset <mskjelset@rizzopc.com>
**Cc:** Cheridan Carr <ccarr@rizzopc.com>; Shelley Maddox <smaddox@rizzopc.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>; Heather Laske <heatherlaske@markowitzherbold.com>; Schneider Jill <Jill.Schneider@doj.state.or.us>
**Subject:** Amended answer - MOET

Counsel,

As you know, the Court granted the state defendants' Motion for Leave to Amend their Answer (ECF 45) and provided the state defendants until Thursday, November 9 to file the amended answer.

In the course of discovery, the state defendants have identified evidence necessitating additional

Exhibit 1
Page 3 of 4

amendments to the answer. We are currently reviewing that evidence and preparing some proposed additional amendments. Consequently, in lieu of filing the amended answer on November 9, we intend to move the Court for an extension until November 29 to file a new motion for leave to file an amended answer. We will confer with you on the proposed amendments before filing that motion. For now, however, we seek only an extension of the time set forth in the Court's October 30 Order (ECF 92). Can you please let us know your position on our motion for extension?

Thanks,

**Hannah K. Hoffman** | Lawyer
**Markowitz Herbold PC**
1455 SW Broadway, Suite 1900 | Portland, OR  97201
**T** (503) 295-3085 | Web

Exhibit 1
Page 4 of 4

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>       Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>       Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**:  Declaration of Steven Rizzo In Support of Response to Defendants' Motion for Extension of Time to File Amended Answer and Alternative Motion to File a Motion for Leave to File an Amended Answer**

<u>**VIA ECF**</u>

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Alexandra Rhee<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>Email: alexrhee@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Dated this 16th day of November, 2023.

       *s/ Cheridan Carr*
       Cheridan Carr
       Paralegal

1- Certificate of Service