**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**

I, Hannah K. Hoffman, declare as follows:

1.    I am an attorney representing defendants Kim Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services (collectively the "State Defendants") in the above-captioned matter.  I make this declaration in support of State Defendants' Motion for Leave to Amend Answer.

2.    Through a subpoena to Valley Children's Hospital in Fresno, California, plaintiff obtained records related to events that preceded Duncan and Raygosa's move to Oregon, and plaintiff provided those documents to State Defendants in July 2023.

3.    Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
| --- | --- | --- |
| 1 | Proposed Amended Answer to Plaintiff's Complaint with redlines | November 29, 2023 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed November 29, 2023, at Portland, Oregon.

*s/ Hannah K. Hoffman*
Hannah K. Hoffman, OSB # 183641

**Page 2 –    DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**