AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Ethan Levi | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kim Chapman, in her individual capacity; Anastasia Tibbetts, in her individual capacity; Kassidy O'Brien, in her individual capacity; Erin Lane, in her individual capacity; The Oregon Department of Human Services, a government agency; and Jane and John Does 1-5; in their individual capacities, | ) ) ) ) |
| *Defendant* | |

Case No.    6:22-cv-01813-MK

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Ethan Levi                                                                            .

Date:    03/25/2024

s/Caitlin Mitchell
*Attorney's signature*

Caitlin Mitchell OSB # 123964
*Printed name and bar number*

Johnson Johnson Lucas & Middleton, PC
975 Oak St. Suite 1050
Eugene, OR 97401

*Address*

cmitchell@justicelawyers.com
*E-mail address*

(541) 484-2434
*Telephone number*

(541) 484-0882
*FAX number*