Steven Rizzo, OSB # 840853
Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut, PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>           Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>           Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' DISCOVERY MOTIONS [ECF 116] |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>           Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>           Third Party Defendant. | |

**INTRODUCTION**

Plaintiff Levi seeks an extension of one day to file a Response to the State Defendants'

Motion for Entry of Supplemental Protective Order, Motion to Compel Interrogatory Responses,

1 - UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANTS' DISCOVERY
MOTIONS [ECF 116]




and Motion to Compel Production of Documents (ECF 116).

## LR 7-1(a) CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for Plaintiff conferred by email and telephone with counsel for defendants, who reported no objection to this motion. (Decl., Ex. 1).

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff hereby requests an extension of time of one day to file a Response to the State Defendants' Motion for Entry of Supplemental Protective Order, Motion to Compel Interrogatory Responses, and Motion to Compel Production of Documents (ECF 116). This motion is based upon the court's records and files and the Declaration of Plaintiff's counsel filed herewith.

## CONCLUSION

The Court should grant the Motion and set a new deadline for tomorrow, April 18, 2024.

Dated: April 17, 2024.

RIZZO BOSWORTH ERAUT PC


By: _/s/ Steven Rizzo_____
Steven Rizzo OSB # 840853 (he/him/his)
Mary D. Skjelset OSB # 075840 (she/her/hers)
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

ATTORNEYS FOR PLAINTIFF LEVI

2 - UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' DISCOVERY MOTIONS [ECF 116]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>     Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>     Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>     Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>     Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**:  Unopposed Motion for Extension of Time to File Response to Defendants' Discovery Motions [ECF 116]**

## <u>VIA ECF</u>

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Alexandra Rhee<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>Email: alexrhee@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

     Dated this 17th   day of April, 2024.

           *s/ Cheridan Carr*
           Cheridan Carr
           Paralegal

1- Certificate of Service