Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>    Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al,<br><br>    Defendants.<br><br>_____<br><br>OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>    Third Party Defendant. | CASE NO. 6:22-cv-01813-MK<br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONSE TO DEFENDANTS' DISCOVERY MOTION [ECF 116] |

1 - DECLARATION OF STEVEN RIZZO IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF TIME



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

I, Mr. Steven Rizzo, declare as follows:

1.  On behalf of Plaintiff in the above-captioned matter, I make this Declaration in support of the Unopposed Motion for Extension of Time to File Response to Defendants' Discovery Motion [ECF 116].

2.  Due to other commitments, I need one additional day to complete Plaintiffs' Response to the above motions.

3.  The parties conferred and the motion is unopposed.

4.  **I declare under penalty of perjury that the foregoing is true and correct**.

Dated: April 17, 2024.

By: */s/ Steven Rizzo*
    Mr. Steven Rizzo

2 - DECLARATION OF STEVEN RIZZO IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF TIME

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

**From:**      Harry Wilson
**To:**        Steven Rizzo; Lauren Blaesing; Alex Rhee; Hannah K. Hoffman
**Cc:**        Mary Skjelset; Cheridan Carr
**Subject:**   Re: J.C.
**Date:**      Wednesday, April 17, 2024 6:18:53 PM
**Attachments:** image001.png

Just talked to Mary, but to confirm no objection.

---

**From:** Steven Rizzo <SRizzo@rizzopc.com>
**Date:** Wednesday, April 17, 2024 at 8:55 PM
**To:** Lauren Blaesing <laurenblaesing@markowitzherbold.com>, Harry Wilson <harrywilson@markowitzherbold.com>, Alexandra Rhee <alexrhee@markowitzherbold.com>, Hannah Hoffman <hannahhoffman@markowitzherbold.com>
**Cc:** Mary Skjelset <mskjelset@rizzopc.com>, Cheridan Carr <ccarr@rizzopc.com>
**Subject:** J.C.

All,

I'm working on the response to the three discovery motions, and may need an additional day to finalize.

Let me know if you object to a one-day extension of time.

Thanks,

Steve

**Steven Rizzo (he/him/his)**
**srizzo@rizzopc.com**



1300 SW Sixth Avenue | Suite 330 | Portland, Oregon 97201
☎: 503.229.1819 | 🖷: 503.229.0630 | 🌐: www.rizzopc.com
Offices in Oregon and Washington

*********NOTICE OF CONFIDENTIAL AND PRIVILEGED INFORMATION*********

This e-mail and attachment, if any, is confidential and may contain attorney-client privileged information or attorney work-product. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way.  If you received this e-mail message in error, please return by forwarding the message and attachment to the sender and destroy the original.

Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>        Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>        Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>        Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>        Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof: **Declaration of Steven Rizzo In Support of Unopposed Motion for Extension of Time to File Response to Defendants' Discovery Motions [ECF 116]**

<u>**VIA ECF**</u>

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Alexandra Rhee<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>Email: alexrhee@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Dated this 17th  day of April, 2024.

         *s/ Cheridan Carr*
        Cheridan Carr
        Paralegal

1- Certificate of Service