**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF LAUREN BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO EXTEND CASE DEADLINES** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    DECLARATION OF LAUREN BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO EXTEND CASE DEADLINES**

I, Lauren Blaesing, declare as follows:

1.      I am a shareholder with Markowitz Herbold PC, attorneys of record for Oregon Department of Human Services, Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, and Erin Lane (the "State Defendants").  I am serving as a Special Assistant Attorney General for State Defendants in the above-referenced matter.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of State Defendants' Motion to Extend Case Deadlines.

2.      Pursuant to Local Rule 7-1(a)(1)(A), counsel for State Defendants conferred with counsel for plaintiff by email and telephone on June 24, 2024, and the parties were unable to reach agreement.  Plaintiff does not oppose scheduling some depositions after the current fact discovery deadline, but plaintiff opposes this motion and opposes moving the case deadlines. The parties also conferred regarding expedited consideration of this motion, and plaintiff objects.

3.      To date, plaintiff has taken nine depositions, and the parties have another ten depositions scheduled between today and the current discovery deadline of July 12, 2024.

4.      State Defendants are awaiting resolution on several key discovery issues that will shape the completion of fact discovery.  These include State Defendants' motion to compel filed in February (Dkt. 112), the parties' omnibus discovery motions, which the Court ordered the parties to file on April 3, 2024 (Dkts. 114, 116, and 118), and motions to quash (Dkt. 134) and compel (Dkt. 140) filed in May and June.  Decisions on these issues could require plaintiff to produce substantial additional documents that relate directly to fact allegations in the complaint, answer nearly a dozen interrogatories, and allow third parties to produce documents responsive to State Defendants' subpoenas.

**Page 2 –     DECLARATION OF LAUREN BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO EXTEND CASE DEADLINES**

5. Some of the scheduled depositions, for instance, may need to be rescheduled because of outstanding discovery.  It is critical for State Defendants to know the resolution of these discovery issues, and obtain plaintiff and third-party documents, to adequately prepare for depositions and complete fact discovery.  For example, plaintiff Ethan Levi's deposition is scheduled for July 3, 2024, but Mr. Levi has refused to respond to nearly a dozen interrogatories that are critical for his deposition.  State Defendants are also negotiating a deposition date for J.C.'s therapist, yet plaintiff is withholding, at a minimum, dozens of pages of notes from the therapist and has moved to quash a subpoena for those records.

6. State Defendants have efficiently worked toward completing discovery.  State Defendants have produced more than 15,000 documents and defended nine depositions to-date.  Despite the pending discovery disputes, State Defendants have moved forward with scheduling depositions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 25, 2024, at Portland, Oregon.

*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB #113305

21161010.2

**Page 3 –   DECLARATION OF LAUREN BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO EXTEND CASE DEADLINES**