Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>    Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al,<br><br>    Defendants. | CASE NO. 6:22-cv-01813-MK<br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' 6/18/24 MOTION TO COMPEL |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>    Third Party Defendant. | |

I, Mr. Steven Rizzo, declare as follows:

1. On behalf of Plaintiff in the above-captioned matter, I make this Declaration in support of Plaintiff's Response to Defendants' 6/18/2024 Motion to Compel.

1 - DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' 6/18/24 MOTION TO COMPEL



2.      Below is a chart listing J.C.'s medical and educational records that Plaintiff has produced to the defendants, including Bates numbers and date of production:

| Description | Bates | Date produced |
|---|---|---|
| J.C. CFD Therapy Records | PLFRFP000001 – 000698 | 5.8.2024 |
| Nova Primary Care Junction City Medical Records | PLFRFP000699 – 000747 | 5.8.2024 |
| Eugene School District Report Card | PLFRFP003401 | 5.8.2024 |
| Churchill High School Cumulative File | PLFRFP003402 – 003449 | 5.8.2024 |
| Eugene School District Student Enrollment Form | PLFRFP003450 – 003483 | 5.8.2024 |
| Permanent Student Record | PLFRFP003484 – 003501 | 5.8.2024 |
| Additional Elementary School Records | PLFRFP003502 – 3533 | 5.8.2024 |
| Additional Educational Records | PLFRFP003534 – 003573 | 5.8.2024 |
| Churchill High School Student Health Profile | PLFRFP003574 – 003577 | 5.8.2024 |
| Consent to Release or Exchange Student Information | PLFRFP003578 | 5.8.2024 |
| Eugene School District Report Card | PLFRFP003579 – 003580 | 5.8.2024 |
| Junction City Medical Records | PLFRFP003606 – 004042 | 6.6.2024 |

3.      The 68 documents listed on Plaintiff's privilege log are under the purview of the Lane County Juvenile Court (LCJC). Plaintiff has not produced these materials, pending LCJC's ruling on the defendants' motion to inspect J.C.'s juvenile court records and files.

**I declare under penalty of perjury that the foregoing is true and correct**.

Dated: July 2, 2024.

By: */s/ Steven Rizzo*
        Mr. Steven Rizzo

2 - DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' 6/18/24 MOTION TO COMPEL

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>      Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>      Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>      Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**:
Declaration of Steven Rizzo in Support of Plaintiff's Response to Defendants' 6/18/24 Motion to Compel**

**<u>VIA ECF</u>**

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Alexandra Rhee<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>Email: alexrhee@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Dated this 2nd  day of July, 2024.

     *s/ Cheridan Carr*
     Cheridan Carr
     Paralegal

1- Certificate of Service