**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ANNETTE SMITH** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ANNETTE SMITH**

I, Lauren F. Blaesing, declare as follows:

1.      I am a shareholder with Markowitz Herbold PC, attorneys of record for Oregon Department of Human Services, Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, and Erin Lane (the "State Defendants").  I am serving as a Special Assistant Attorney General for State Defendants in the above-referenced matter.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of State Defendants' Motion to Compel Deposition of Annette Smith.

2.      On June 7, 2024, State Defendants served a notice to plaintiff for a subpoena for deposition of Annette Smith, who was the juvenile attorney for J.C., the minor represented by plaintiff Ethan Levi in this lawsuit.  The subpoena was served on Ms. Smith on June 14, 2024.  Ms. Smith retained counsel, and her counsel additionally accepted service of the subpoena on June 20, 2024.

3.      Counsel for State Defendants conferred with counsel for Ms. Smith by telephone on June 20, 2024, and by email on June 21, 2024.  Counsel for Ms. Smith objected to the subpoena, asserting that the deposition sought privileged information.  Counsel for State Defendants explained that Ms. Smith has knowledge of factual, non-privileged information relevant to the case.  Counsel for State Defendants informed counsel for Ms. Smith that State Defendants did not intend to ask questions concerning Ms. Smith's privileged communications with clients and that State Defendants would be willing to consider Ms. Smith's suggestions on appropriately limiting the scope of Ms. Smith's testimony.  Counsel for Ms. Smith informed State Defendants that Ms. Smith would not agree to be deposed without a court order.

4.      Attached are true and correct copies of the following exhibits:

**Page 2 –     DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ANNETTE SMITH**

| Ex. No. | Document Description | Date |
|---|---|---|
| 1 | Notice of Intent to Serve Deposition Subpoenas | June 7, 2024 |
| 2 | Affidavit of Service on Annette Smith | June 14, 2024 |
| 3 | Acceptance of Service of Subpoena by David A. Jacobs | June 20, 2024 |
| 4 | Email from Harry Wilson to David A. Jacobs summarizing conferral | June 21, 2024 |
| 5 | Email from Annette Smith re: removal of J.C. and Z.C. from the Duncan/Raygosa home | June 26, 2017 |
| 6 | Email from Annette Smith re: removal of J.C. and Z.C. from the Duncan/Raygosa home | June 26, 2017 |
| 7 | Email from Annette Smith requesting an emergency hearing re: removal of J.C. and Z.C. from the Duncan/Raygosa home | June 26, 2017 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 3, 2024, at Portland, Oregon.

*s/ Lauren F. Blaesing*

Lauren F. Blaesing, OSB #113305

2166015.1

**Page 3 –   DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ANNETTE SMITH**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I have made service of the foregoing

**DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS'**

**MOTION TO COMPEL DEPOSITION OF ANNETTE SMITH** on the parties listed below

in the manner indicated:

David A. Jacobs
Luvaas Cobb
PO Box 10747
Eugene, OR  97440-2747
*Attorneys for Annette Smith*

☒  U.S. Mail (deposited in the mail Friday, July 5, 2024)
☐  Facsimile
☐  Hand Delivery
☐  Overnight Courier
☒  Email: djacobs@luvaascobb.com

    DATED: July 3, 2024.


        *s/ Lauren F. Blaesing*
        Lauren F. Blaesing, OSB #113305
        *Special Assistant Attorney General for State*
        *Defendants and Third-Party Plaintiff*


**Page 4 –     DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE
        DEFENDANTS' MOTION TO COMPEL DEPOSITION OF ANNETTE
        SMITH**