Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>             Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al,<br><br>             Defendants. | CASE NO. 6:22-cv-01813-MK<br><br>DECLARATION OF MARY SKJELSET IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' 6/25/2024 MOTION TO EXTEND CASE DEADLINES |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>             Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>             Third Party Defendant. | |

I, Mary Skjelset, declare as follows:

1.    On behalf of Plaintiff Levi in the above-captioned matter, I make this Declaration in support of Plaintiff's Response to Defendants' 6/25/2024 Motion to Extend Case Deadlines.

1 - DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' 6/25/2024 MOTION TO EXTEND CASE DEADLINES



2.    Attached as Exhibit 1 - *FILED UNDER SEAL* - is a true and accurate copy of a letter I submitted to the Court and parties on July 1, 2024 in advance of the status conference that was set to occur on July 2, 2024.

3.    Attached as Exhibit 2 is a true and accurate copy of relevant excerpts from the transcript of the discovery hearing held in this matter on September 8, 2023.

4.    Attached as Exhibit 3 is a true and accurate correspondence between the Lane County Juvenile Court ("LCJC") and parties.

5.    Attached as Exhibit 4 is an index of documents and materials produced to the Defendants by Plaintiff Levi from July 2023 until present.

**I declare under penalty of perjury that the foregoing is true and correct**.

Dated: July 9, 2024.

By: */s/ Mary Skjelset*
Ms. Mary Skjelset



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com



RIZZO|BOSWORTH|ERAUT PC

1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

# EXHIBIT 1 FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,                           )
                                      )
                   Plaintiff,         )    Case No. 6:22-cv-01813-MK
                                      )
            v.                        )
                                      )    September 8, 2023, 9:06 AM
KIM CHAPMAN, in her                   )
individual capacity; ANASTASIA        )
TIBBETTS, in her individual           )
capacity; KASSIDY O'BRIEN, in         )
her individual capacity; ERIN         )
LANE, in her individual               )
capacity; OREGON DEPARTMENT OF        )
HUMAN SERVICES, a government          )
agency; JANE AND JOHN DOES 1-5,       )
in their individual and/or            )
official capacities,                  )
                                      )
            State Defendants.         )
_____)
                                      )
OREGON DEPARTMENT OF HUMAN            )
SERVICES,                             )
                                      )
      Third-Party Plaintiff,          )
                                      )
            v.                        )
                                      )
JOE ALBERT RAYGOSA,                   )
                                      )
      Third-Party Defendant.          )
_____)

ORAL ARGUMENT

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MUSTAFA T. KASUBHAI

UNITED STATES MAGISTRATE JUDGE

Exhibit 2
Page 1 of 6

THE COURT:  Well, every once in a while it might be nice to have an easy one.

MS. BLAESING:  Okay.

THE COURT:  So how about we keep that one --

MS. BLAESING:  Yeah.  Good for the flow.

THE COURT:  All right.  Although, now that you've said it was easy, you've just jinxed it too.  But let's see where we go from there.  I thought the easiest one might be the resetting of the deadline.

You proposed a date in March.  Is that correct, Mr. Rizzo?

You proposed a date in March?

MS. BLAESING:  Defendants did, yes.

THE COURT:  Okay.

MR. RIZZO:  We thought, for all the reasons I mentioned, it needs to be closer to July.

THE COURT:  Okay.

MR. RIZZO:  Especially now where we're another two months --

THE COURT:  Yeah.

MR. RIZZO:  -- with the OR-Kids.

THE COURT:  Right.  So in light of what needs to happen with the OR-Kids clearance issues, you say March -- Defendants say March -- Plaintiffs say July.  I mean, is there any reason that July would be too far out, Ms. Blaesing, for your clients?

Exhibit 2
Page 2 of 6

MS. BLAESING:  Your Honor, that's pushing things out almost a year from where we are now.

THE COURT:  Hm.

MS. BLAESING:  And Defendants have been moving very swiftly to produce a lot of discovery in different channels, which we'll continue to do.  And if we can schedule the OR-Kids inspection earlier than two months, we will try to.  But other discovery can continue to happen in parallel.

THE COURT:  Okay.

MS. BLAESING:  And if we get to February, and Plaintiffs need more time, then we will confer on it and consider it.  July just seems very far out from where we are right now.

THE COURT:  Let's settle for an April -- let me get our calendar out.

MR. RIZZO:  Judge, if I may, we have a three-week trial.

THE COURT:  Right.  There was that.  You did point that out.  That's right.

MR. RIZZO:  That's why we were concerned that this delay was being used to force us into depositions in early winter and March, which is going to conflict with our --

THE COURT:  And the other case is the case that we've been talking about?

MR. RIZZO:  J.M. -- yeah.

Exhibit 2
Page 3 of 6

THE COURT:  And that's in front of Judge Nelson; is that right?

MR. RIZZO:  Yes.

THE COURT:  Okay.

MR. RIZZO:  It's moved -- it's moved around.  But, most recently, it went to Judge Nelson.

THE COURT:  Okay.

MR. RIZZO:  So --

THE COURT:  And is that case -- the trial dates are set?

MR. RIZZO:  It's set.

THE COURT:  And is it going?

MR. RIZZO:  It's going.

THE COURT:  And are you defense counsel, Ms. Blaesing?

MS. BLAESING:  I'm not, Your Honor.

THE COURT:  Okay.

MS. BLAESING:  DOJ is.

THE COURT:  Okay.

MR. RIZZO:  It's a three-week case.  So, anyway, I just felt like -- and I had offered the June/July.  I didn't hear a response.  But I think it makes sense to move it there versus forcing all of this discovery.

THE COURT:  And what were the dates for that trial?

MR. RIZZO:  It's April 1.  And it's a three-week

Exhibit 2
Page 4 of 6

trial.

THE COURT:  Got it.

MR. RIZZO:  And then we have -- you know -- backing up from that, we have pretty serious trial management calendaring issues and motions leading up -- hearings and what have you.  So -- and I just had a thought.  Hopefully it comes back to me.  We have thousands of documents that they're marking for privilege.  We won't even see their log until October.  And even if it ends up -- I think it's over 3,000 at this point.  They're using a third-party lawyer to review this material.  Presumably, they'll get a log.  We'll share it.

The way this has gone, I'm not -- I won't be surprised if we're back here on a motion regarding the privilege log.  And that's going to push us -- you know -- really, we won't be able to start depositions in the case probably until January or February as it stands right now.  So I think it makes sense to bump the case forward for really -- for all of those reasons.

THE COURT:  All right.  The deadline is set for July 12th, with the understanding that I'm going to be very reluctant to move that date out again.  So do everything you can to coordinate and organize schedules to complete all discovery by then.

Which then we should address and identify the other dates.  So we have discovery due July 12th.  Were experts going to be -- need to be disclosed for the purposes of summary judgment

Exhibit 2
Page 5 of 6

C E R T I F I C A T E


Ethan Levi v. Chapman, et al.

Case No. 6:22-cv-01813-MK

Oral Argument

September 8, 2023


I certify, by signing below, that the foregoing is a true and correct transcript of the record, taken by stenographic means, of the proceedings in the above-entitled cause.  A transcript without an original signature, conformed signature, or digitally signed signature is not certified.


/s/Kendra A. Steppler, RPR, CRR
Official Court Reporter        Signature Date: 9/14/2023

Exhibit 2
Page 6 of 6

| | |
|---|---|
| **From:** | Bonnie Richardson |
| **To:** | Hayley Hanneson; Jesse Lohrke |
| **Cc:** | Steven Rizzo; Michelle Johansson; Lauren Blaesing; Gonzalez Tricia I; casaoflanecounty@casa-lane.org; Watkins Michelle; Alex Rhee; Kelsie Crippen; Mary Skjelset; Cheridan Carr; Marissa Korbel; Manuella Tshala; Shelley Magar |
| **Subject:** | RE: ███ 16JU████/█ and 17JU████/█ |
| **Date:** | Tuesday, July 2, 2024 1:27:40 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.jpg |

Should be no problem as long as defense counsel gets us their draft by tomorrow. Thank you!

**Bonnie Richardson**
Attorney
Pronouns (she/her/hers)

Direct (503) 227-2022 | Main (503) 546-4637
Bonnie@allegiantlaw.com
www.AllegiantLaw.com
100 SW Main Street, Ste 400
Portland, OR 97204



NOTICE: This email transmission may contain information that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited.
If you have received this transmission in error, please contact me at (503) 227-2022, destroy any copies, and delete it from your computer system.

**From:** Hayley Hanneson <Hayley.HANNESON@ojd.state.or.us>
**Sent:** Tuesday, July 2, 2024 1:26 PM
**To:** Bonnie Richardson <Bonnie@allegiantlaw.com>; Jesse Lohrke <jesse@lohrkelaw.com>
**Cc:** Steven Rizzo <SRizzo@rizzopc.com>; Michelle Johansson <michelle@mjo-law.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Gonzalez Tricia I <tricia.i.gonzalez@doj.state.or.us>; casaoflanecounty@casa-lane.org; Watkins Michelle <michelle.watkins@doj.state.or.us>; Alex Rhee <alexrhee@markowitzherbold.com>; Kelsie Crippen <kelsiecrippen@markowitzherbold.com>; Mary Skjelset <mskjelset@rizzopc.com>; Cheridan Carr <ccarr@rizzopc.com>; Marissa Korbel <Marissa@allegiantlaw.com>; Manuella Tshala <Manuella@allegiantlaw.com>; Shelley Magar <Shelley@allegiantlaw.com>
**Subject:** RE: ███ 16JU████/█ and 17JU████

I have talked with Judge Love. She is ok with an extension. Do you think you can get everything in by Friday of next week?
She isn't able to do a meeting this week. I won't know about next week until Monday.

Exhibit 3
Page 1 of 4

Sincerely,

Hayley J. Hanneson
Judicial Assistant to the
Honorable Valeri L. Love
Juvenile Judge

541-682-4753
Hayley.Hanneson@ojd.state.or.us

---

**From:** Bonnie Richardson <Bonnie@allegiantlaw.com>
**Sent:** Tuesday, July 2, 2024 9:25 AM
**To:** Hayley Hanneson <Hayley.HANNESON@ojd.state.or.us>; Jesse Lohrke <jesse@lohrkelaw.com>
**Cc:** Steven Rizzo <SRizzo@rizzopc.com>; Michelle Johansson <michelle@mjo-law.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Gonzalez Tricia I <tricia.i.gonzalez@doj.state.or.us>; casaoflanecounty@casa-lane.org; Watkins Michelle <michelle.watkins@doj.state.or.us>; Alex Rhee <alexrhee@markowitzherbold.com>; Kelsie Crippen <kelsiecrippen@markowitzherbold.com>; Mary Skjelset <mskjelset@rizzopc.com>; Cheridan Carr <ccarr@rizzopc.com>; Marissa Korbel <Marissa@allegiantlaw.com>; Manuella Tshala <Manuella@allegiantlaw.com>; Shelley Magar <Shelley@allegiantlaw.com>
**Subject:** RE: ▮▮▮ 16JU▮▮▮▮▮ and 17JU▮▮▮▮/▮

> **WARNING:** This email is from outside of the Oregon Judicial Department. If links or files in this email are unexpected, even if from an email address you trust, please call the sender on the phone and verify them before you click.

Good morning Ms. Hanneson,

Defendants' counsel offered to draft the proposed protective order and then circulate to plaintiffs so we can see if we can agree on the language for one order to submit to Judge Love. Plaintiffs are still waiting for the draft order from defense counsel but they said they are trying to get it to us today or tomorrow.

I know it is a holiday week for most and I don't know the judge's availability this week so just throwing this out there. It might bee helpful for the drafting of the protective order by the parties if we can have a quick telephone conference call with the court to hear her thoughts on what she is planning to order. We are pretty open today and can make time between us all I'm sure for that call. Just let us know if that is a possibility.

And we may need more time to submit the proposed order to the court, given that plaintiffs counsel have not yet received the draft from defense counsel. Will you ask Judge Love if we can have an extension to submit the proposed protective order? We can also make time for a conference call next week if that is better for the court.

Exhibit 3
Page 2 of 4

**Bonnie Richardson**

Attorney

Pronouns (she/her/hers)



Direct (503) 227-2022 | Main (503) 546-4637

Bonnie@allegiantlaw.com

www.AllegiantLaw.com

100 SW Main Street, Ste 400
Portland, OR 97204

NOTICE: This email transmission may contain information that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited.

If you have received this transmission in error, please contact me at (503) 227-2022, destroy any copies, and delete it from your computer system.

**From:** Hayley Hanneson <Hayley.HANNESON@ojd.state.or.us>
**Sent:** Tuesday, June 25, 2024 10:53 AM
**To:** Jesse Lohrke <jesse@lohrkelaw.com>
**Cc:** Steven Rizzo <SRizzo@rizzopc.com>; Michelle Johansson <michelle@mjo-law.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; Gonzalez Tricia I <tricia.i.gonzalez@doj.state.or.us>; casaoflanecounty@casa-lane.org; Watkins Michelle <michelle.watkins@doj.state.or.us>; Alex Rhee <alexrhee@markowitzherbold.com>; Kelsie Crippen <kelsiecrippen@markowitzherbold.com>; Mary Skjelset <mskjelset@rizzopc.com>; Bonnie Richardson <Bonnie@allegiantlaw.com>; Cheridan Carr <ccarr@rizzopc.com>; Marissa Korbel <Marissa@allegiantlaw.com>
**Subject:** RE: ███ 16JU███/█ and 17JU███████

Good morning.

Judge Love wanted me to let you know that she will be granting the motion in part.

She would like the parties to file proposed protective orders by Friday **July 5.**

She will finish out her ruling once she has received the proposed orders.

Thank you

Sincerely,

*Hayley J. Hanneson*

Exhibit 3
Page 3 of 4

Judicial Assistant to the
Honorable Valeri L. Love
Juvenile Judge

Exhibit 3
Page 4 of 4

# RIZZO | BOSWORTH | ERAUT PC



*Levi v. Chapman et al* Case No. 6:22-cv-01813-MK
**Produced to Defendants**

| Description | Bates | Date Sent |
|---|---|---|
| **Third-Party Subpoenaed Documents** | | |
| SDT Response – JP Morgan Chase | PLFJPM000001 – 000203 | 7.7.2023 |
| SDT Response – Valley Children's Hospital | PLFVCH000001 – 000174 | 7.7.2023 |
| SDT Response – Fresno County Child Welfare | PLFFCCW000001 – 000423 | 8.25.2023 |
| SDT Response – JP Morgan Chase | PLFJPM000204 – 000622 | 8.25.2023 |
| SDT Response – Fresno County Sheriff's Office | PLFFCSO000001 – 000260 | 12.13.2023 |
| **Documents Responsive to Defendants' Requests for Production** | | |
| J.C. CFD Therapy Records | PLFRFP000001 – 000698 | 5.8.2024 |
| Nova Primary Care Junction City Medical Records | PLFRFP000699 – 000747 | 5.8.2024 |
| State v. Raygosa, Case No. 18CR10987 Records and Transcripts | PLFRFP000748 - 001386 | 5.8.2024 |
| Junction City Police Records | PLFRFP001387 - 002868 | 5.8.2024 |
| Oregon State Police Records and Photos | PLFRFP002869 - 002721 | 5.8.2024 |
| Oregon State Police Records | PLFRFP002722 – 003400 | 5.8.2024 |
| J.C. Education Records | PLFRFP003401 – 003580 | 5.8.2024 |
| Oregon State Police Videos and Interviews | PLFRFP003581 - 003605 | 5.20.2024 |
| Junction City Medical Records | PLFRFP003606 – 004042 | 6.6.2024 |
| Photo | PLFRFP004043 | 6.6.2024 |
| Interview with Raygosa Jr. | PLFRFP004044 | 6.6.2024 |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>      Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>      Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>      Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Mary Skjelset in Support of Plaintiff's Response to Defendants' 6/25/2024 Motion to Extend Case Deadlines**

**<u>VIA ECF</u>**

| | |
|---|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Alexandra Rhee<br>Hannah Hoffman<br>Chad Naso<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>Email: alexrhee@markowitzherbold.com<br>Email: hannahhoffman@markowitzherbold.com<br>Email: chadnaso@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Dated this 9th    day of July, 2024.

       *s/ Cheridan Carr*
       Cheridan Carr, Paralegal

1- Certificate of Service