**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF LENE FERRARI** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE
        DEFENDANTS' MOTION TO COMPEL DEPOSITION OF LENE FERRARI**

I, Hannah K. Hoffman, declare as follows:

1.      I am an attorney with Markowitz Herbold PC, attorneys of record for Oregon Department of Human Services, Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, and Erin Lane (the "State Defendants").  I have personal knowledge of the facts set forth herein.  I make this declaration in support of State Defendants' Motion to Compel Deposition of Lene Ferrari.

2.      Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description |
| --- | --- |
| 1 | Excerpts of Kassidy O'Brien deposition taken on June 10, 2024. |
| 2 | Excerpts of Kim Chapman deposition taken on May 24, 2024. |
| 3 | Excerpts of Anastasia Tibbetts deposition taken on June 21, 2024. |
| 4 | 6/20/2024 Email to L. Ferrari attaching subpoena to testify in *Levi. v. Chapman, et. al*. |
| 5 | 7/1/2024 Acceptance of Service signed by L. Ferrari in *Levi. v. Chapman, et. al*. |
| 6 | 7/8/2024 – 8/5/2024 Emails between B. Creighton and H. Hoffman. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 5, 2024, at Portland, Oregon.

*s/ Hannah K. Hoffman*
Hannah K. Hoffman, OSB #183641

2179479.2

**Page 2 –    DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF LENE FERRARI**

<u>**ATTORNEY CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 5, 2024, I have made service of the foregoing

**DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE**

**DEFENDANTS' MOTION TO COMPEL DEPOSITION OF LENE FERRARI** on the

parties listed below in the manner indicated:

Beth Creighton
Creighton & Rose PC
65 SW Yamill Street, Suite 300
Portland, OR  97204
*Attorneys for Lene Ferrari*

☒    U.S. Mail
☐    Facsimile
☐    Hand Delivery
☐    Overnight Courier
☒    Email: Beth@Civilrightspdx.com

DATED: August 5, 2024.

*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB #113305
*Special Assistant Attorney General for State*
*Defendants and Third-Party Plaintiff*

**Page 3 –    DECLARATION OF HANNAH K. HOFFMAN IN SUPPORT OF STATE**
**DEFENDANTS' MOTION TO COMPEL DEPOSITION OF LENE FERRARI**