Steven Rizzo, OSB # 840853
Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, <br><br> Plaintiff, <br><br> v. <br><br> KIM CHAPMAN, et al , <br><br> Defendants. | CASE NO. 6:22-cv-01813-MK <br><br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| OREGON DEPARTMENT OF HUMAN SERVICES, <br><br> Third Party Plaintiff, <br><br> v. <br><br> JOE ALBERT RAYGOSA, <br><br> Third Party Defendant. | |

1 – PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST
    AMENDED COMPLAINT

**INTRODUCTION**

Plaintiff seeks leave to amend the pleadings and file the First Amended Complaint. This motion is based on Fed. R. Civ. P. 1 and 15(a), LR 15-1, and the Declaration of Steven Rizzo, ("Decl.) and the attached proposed amended pleading.

**LR 7-1**

During the August 6, 2024 hearing, the Court permitted Plaintiff to file a motion to amend the pleadings. Prior to filing this motion, the parties conferred in good faith and were unable to reach agreement.

**STANDARDS**

Rule 15(a)(2) provides that the court "should freely give leave [to amend] when justice so requires." *Id.* "Rule 15's policy of favoring amendments to pleadings should be applied with extreme liberality." *Chudacoff v. University Med. Cent. Southern Nev.*, 649 F.3d 1143, 1152 (9th Cir. 2011) (internal citations omitted). In determining whether to grant or deny the motion, the court may consider the following factors: "1) undue delay, bad faith or dilatory motive on the part of the movant; 2) repeated failure to cure deficiencies by amendments previously allowed; 3) undue prejudice to the opposing party by virtue of allowance of the amendment; and 4) futility of amendment." *C.F. v. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 985 (9th Cir. 2011) (internal citation omitted). "In exercising this discretion, a court must be guided by the underlying purpose of Rule 15 to facilitate decision on the merits, rather than on the pleadings or technicalities." *U.S. v. Webb*, 655 F.2d 977, 980 (9th Cir. 1981). "Only where prejudice is shown or the movant acts in bad faith are courts protecting the judicial system or other litigants when they deny leave to amend a pleading." *Id.*

2 – PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST
   AMENDED COMPLAINT



## MOTION

Plaintiff seeks leave to file the proposed First Amended Complaint. (Decl., Ex. 1). The motion is made in good faith. It seeks to amend the pleadings to conform with the evidence developed to date. The motion is not made to create undue delay: Fact discovery is closed, with limited exceptions, and trial is set for February 10, 2025. Further, the defendants have participated in the discovery of the facts and information reflected by the proposed amendments – including the defendants' discovery of J.C.'s juvenile court records and their selective waiver of email communications. Also, Plaintiff has not sought to amend previously, and the motion does not seek to add new parties or add new claims at this time. As such, the defendants are not unduly prejudiced by the proposed amendments.

## ARGUMENT

The motion is timely and the proposed amendments are well taken.

## CONCLUSION

Plaintiff respectfully requests the Court to grant the motion.

Dated: August 13, 2024

RIZZO BOSWORTH ERAUT PC

By: /s/ Steven Rizzo
Steven Rizzo OSB No. 840853
Mary D. Skjelset OSB No. 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434

3 – PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST
    AMENDED COMPLAINT



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

Fax: (541) 484-0882
cmitchell@justicelawyers.com


ATTORNEYS FOR PLAINTIFF

4 – PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST
  AMENDED COMPLAINT

RIZZO | BOSWORTH | ERAUTpc
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, <br><br> Plaintiff, <br><br> v. <br><br> KIM CHAPMAN, et al , <br><br> Defendants. | CASE NO. 6:22-cv-01813-MK <br><br><br> **CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF HUMAN SERVICES, <br><br> Third Party Plaintiff, <br><br> v. <br><br> JOE ALBERT RAYGOSA, <br><br> Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**:** **Plaintiff's Motion for Leave to File First Amended Complaint**

<u>**VIA EMAIL**</u>

> **Jill Schneider**
> **Nicholas S. Mancuso**
> **Oregon Department of Justice**
> **100 SW Market Street**
> **Portland, OR 97201**
> **Ph. 971-673-1880**
> **Fax: 971-673-5000**
> **Email: jill.schneider@doj.state.or.us**
> **Email: nicholas.mancuso@doj.state.or.us**
> *Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

<u>**VIA EMAIL & US MAIL**</u>

Lauren Blaesing
Harry B. Wilson
Alexandra Rhee
Hannah Hoffman
Chad Naso
Jeffrey Edelson
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
Email: alexrhee@markowitzherbold.com
Email: hannahhoffman@markowitzherbold.com
Email: chadnaso@markowitzherbold.com
Email: jeffedelson@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

Dated this 13th day of August, 2024.

 *s/Cheridan Carr*
 Cheridan Carr, Paralegal

1 – Certificate of Service