**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF LAUREN F. BLAESING IN SUPPORT OF STATE DEFENDANTS' MOTION TO COMPEL DEPOSITION OF J.C.** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –**    DECLARATION OF LAUREN F. BLAESING

I, Lauren F. Blaesing, declare as follows:

1.      I am a shareholder with Markowitz Herbold PC, attorneys of record for Oregon Department of Human Services, Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, and Erin Lane (the "State Defendants").  I am serving as a Special Assistant Attorney General for State Defendants in the above-referenced matter.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of State Defendants' Motion to Compel Deposition of J.C.

2.      Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description | Date |
|---|---|---|
| 1 | 10/9/17 Email from Kim Chapman to Annastasia Tibbetts, Kat O'Brien, Erin Lane, and Anna Spickerman (DHS_LEVI_068708) **[UNDER SEAL]** | 10/9/2017 |
| 2 | Plaintiffs' Response and Objections to Defendants' First Set of Interrogatories **[UNDER SEAL]** | 3/15/2024 |
| 3 | Excerpt of Ethan Levi deposition [40:1-40:21 & 41:2-42:23] | 7/25/2024 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 13, 2024, at Portland, Oregon.

*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB # 113305

2183458.1

**Page 2 –**    DECLARATION OF LAUREN F. BLAESING