Steven Rizzo, OSB # 840853
Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**DECLARATION OF MARY SKJELSET IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>     Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>     Third Party Defendant. | |

1 – DECLARATION OF MARY SKJELSET IN SUPPORT OF
   PLAINTIFF'S MOTION TO CONSOLIDATE



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

I, Mary Skjelset, declare as follows:

1.    On behalf of Plaintiff Levi in the above-captioned matter, I make this Declaration in support of Plaintiff's Motion to Consolidate.

2.    I have conferred with State Defendants by email and phone. I provided State Defendants with an advanced copy of the proposed motion to consolidate on August 22nd, 2024 and asked for feedback on August 26th, 2024. On August 26th, counsel for State Defendants indicated that they would oppose the motion regardless of the form or content of the motion. When asked to identify any prejudice to State Defendants, they had nothing to add.

3.    Attached as Exhibit 1 is a true and accurate copy of August 26th, 2024 correspondence between counsel for parties.

4.    Plaintiff Levi and Plaintiff Conley have thus far jointly noticed and/or participated in eighteen (18) depositions in the related matters, including the depositions of State Defendants, ODHS employees and other third-party witnesses, including witnesses subpoenaed by State Defendants.

5.    Attached as Exhibit 2 is a true and accurate copy of correspondence from counsel for State Defendants, Lauren Blaesing, to counsel for Plaintiff Levi dated February 2, 2024.

**I declare under penalty of perjury that the foregoing is true and correct**.

Dated: August 27, 2024.

By: */s/ Mary Skjelset*
Ms. Mary Skjelset

2 – DECLARATION OF MARY SKJELSET IN SUPPORT OF
PLAINTIFF'S MOTION TO CONSOLIDATE

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>       Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>       Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>       Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**:**
**Declaration of Mary Skjelset in Support of Plaintiff's Motion to Consolidate**

<u>**VIA EMAIL**</u>

| |
|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: jill.schneider@doj.state.or.us**<br>**Email: nicholas.mancuso@doj.state.or.us**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

<u>**VIA EMAIL & US MAIL**</u>

Lauren Blaesing
Harry B. Wilson
Alexandra Rhee
Hannah Hoffman
Chad Naso
Jeffrey Edelson
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
Email: alexrhee@markowitzherbold.com
Email: hannahhoffman@markowitzherbold.com
Email: chadnaso@markowitzherbold.com
Email: jeffedelson@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

Dated this 27th day of August, 2024.

        *s/Shelley Maddox*
        Shelley Maddox, Paralegal

1 – Certificate of Service