UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No.: 6:22-CV-1813

ETHAN LEVI

Plaintiff(s),

v.

KIM CHAPMAN, ET AL.

Defendant(s).

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 05/10/2023 .

Signature: s/ Jill Schneider

Name and Bar Number: Jill Schneider, #001619

E-mail Address: jill.schneider@doj.state.or.us

Firm Name: Oregon Department of Justice

Mailing Address: 100 SW Market St.

City, State, Zip: Portland, OR 97201

Party Represented: Defendants and Third-Party Plaintiff

[Rev. 01/2018]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


ETHAN LEVI

                                                    Case No.:  6:22-cv-01813-MK


                    Plaintiff(s),

v.

 KIM CHAPMAN, et al.


                    Defendant(s).

_____

**Consent to Jurisdiction by a Magistrate Judge**
**and Designation of the Normal Appeal Route**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment.  I understand that withholding consent will not result in any adverse consequences.  Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated:   May 10, 2023                  .


                    Signature: _/s/ Steven Rizzo_____

            Name and Bar Number:  Steven Rizzo, OSB # 840853_____

                E-mail Address:  srizzo@rizzopc.com_____

                    Firm Name:  Rizzo Bosworth Eraut PC_____

                Mailing Address:  1300 SW Sixth Avenue, Ste. 330_____

                City, State, Zip:  Portland, OR 97201_____

            Party Represented:  Ethan Levi_____


[Rev. 01/2018]