Steven Rizzo, OSB # 840853
Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, <br><br> Plaintiff, <br><br> v. <br><br> KIM CHAPMAN, et al , <br><br> Defendants. <br><br> --- <br><br> OREGON DEPARTMENT OF HUMAN SERVICES, <br><br> Third Party Plaintiff, <br><br> v. <br><br> JOE ALBERT RAYGOSA, <br><br> Third Party Defendant. | CASE NO. 6:22-cv-01813-MK <br><br><br> **REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE** |

1 – PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE
  TO MOTION TO CONSOLIDATE



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

**INTRODUCTION**

In Reply to the defendants' objection to Plaintiff Conley and Levi's Motions to Consolidate, Plaintiff Levi offers the foregoing points and authorities, as supported by the attached Declarations of Mary Skjelset.

**REPLY**

*First,* to clarify, the defendants are simply wrong in their suspicion that Plaintiff Levi seeks to consolidate this action for the sole purpose of obtaining the S-M certification file (which was always in the defendants' possession). Had they conferred telephonically, Plaintiff Levi could have assuaged them of this paranoia. And their objection is moot: On August 29, 2024, the parties conducted the continued deposition of Defendant Brooks, fka Tibbetts. Plaintiff Conley led the deposition; Plaintiff Levi cross-noticed Ms. Brooks. At the deposition, Plaintiff Conley marked the entire S-M certification file without objection. (Decl., Ex. 1). This was entirely consistent with the defendants demand that "all depositions must be conducted jointly with plaintiff's counsel from *Conley.*" (*See* ECF 177-2 at 4).

As described in Plaintiff's Motion to consolidate, the purpose of consolidating the remaining and discrete discovery is to ensure that both Plaintiffs may (a) participate in argument and briefing on issues relevant to both cases, e.g. the subject matter waiver issue before the court (*Conley* ECF 77), and (b) receive documents identified and produced in response to ensuing orders and/or searches, such as those "discovered in the search of personal devices" of Defendants O'Brien and Chapman, and state witness Stephen Hammond. (ECF 176 at 5-6).

*Second,* the defendants' contention that "Levi could have filed joinders to either of these motions" is not supported by rule or law. While Fed. R. Civ. P. 19 and 20 provide for joinder of *parties*, there is no such corollary for joinder in a motion. *Id.* The remedy to address "common question(s) of law or fact" before the Court in separate actions is Fed. R. Civ. P. 42(a), which provides for *consolidation*. *Id*. Plaintiffs' motions, then, were not "gamesmanship" as characterized by the defendants, but the appropriate pathway to "more efficient case management."

2 – PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE
   TO MOTION TO CONSOLIDATE



RIZZO | BOSWORTH | ERAUT PC

1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

(ECF 175 at 2) (citing *Hall v. Hall*, 138 S. Ct. 1118, 1125, 200 L. Ed. 2d 399 (2018)).

*Third,* the defendants complain that Plaintiff Levi did not also request consolidation for expert discovery. But the defendants refused to confer on the scope of the consolidation; when asked directly if "[a]ny changes…could make it more palatable" for them, they responded that "[t]here are no changes that will change our position." (ECF 177-1 at 2). Plaintiff Levi's trial is set for February 10, 2025; Plaintiff Conley's for April 21, 2025. While Plaintiff Levi is amenable to extending specific discovery – whether it be fact or expert – to avoid prejudice to either party, nothing in this motion to consolidate imparts prejudice on the defendants.

## CONCLUSION

Plaintiff respectfully requests that the Court consolidate this case with *Conley* as described in the motion or as otherwise affords efficiency and justice to all parties.

Dated: September 5, 2024

RIZZO BOSWORTH ERAUT PC

By: /s/ *Mary Skjelset*
Steven Rizzo OSB No. 840853
Mary D. Skjelset OSB No. 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>     Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>     Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>     Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>     Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof: **Reply to Defendants' Response to Plaintiff's Motion to Consolidate**

**<u>VIA ECF</u>**                                           **<u>VIA ECF</u>**

| |
|---|
| **Jill Schneider**<br>**Nicholas S. Mancuso**<br>**Oregon Department of Justice**<br>**100 SW Market Street**<br>**Portland, OR 97201**<br>**Ph. 971-673-1880**<br>**Fax: 971-673-5000**<br>**Email: <u>jill.schneider@doj.state.or.us</u>**<br>**Email: <u>nicholas.mancuso@doj.state.or.us</u>**<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |

Lauren Blaesing
Harry B. Wilson
Alexandra Rhee
Hannah Hoffman
Chad Naso
Jeffrey Edelson
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: <u>laurenblaesing@markowitzherbold.com</u>
Email: <u>harrywilson@markowitzherbold.com</u>
Email: <u>alexrhee@markowitzherbold.com</u>
Email: <u>hannahhoffman@markowitzherbold.com</u>
Email: <u>chadnaso@markowitzherbold.com</u>
Email: <u>jeffedelson@markowitzherbold.com</u>
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

Dated this 5th day of September, 2024.

                                     *s/Cheridan Carr*
                                     Cheridan Carr, Paralegal

1 – Certificate of Service