Steven Rizzo, OSB # 840853
Mary D. Skjelset, OSB # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, <br><br> Plaintiff, <br><br> v. <br><br> KIM CHAPMAN, et al, <br><br> Defendants. | CASE NO. 6:22-cv-01813-MK <br><br><br> DECLARATION OF MARY SKJELSET IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE |
| OREGON DEPARTMENT OF HUMAN SERVICES, <br><br> Third Party Plaintiff, <br><br> v. <br><br> JOE ALBERT RAYGOSA, <br><br> Third Party Defendant. | |

1 – DECLARATION OF MARY SKJELSET IN SUPPORT OF
  PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE
  TO PLAINTIFF'S MOTION TO CONSOLIDATE

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

I, Mary Skjelset, declare as follows:

1.    On behalf of Plaintiff Levi in the above-captioned matter, I make this Declaration in support of Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Consolidate.

2.    Attached as Exhibit 1 is a true and accurate copy of relevant excerpts from the rough draft of the August 29, 2024 deposition transcript of Anastasia Brooks.

**I declare under penalty of perjury that the foregoing is true and correct**.

Dated: September 5, 2024.


By: */s/ Mary Skjelset*
Ms. Mary Skjelset


2 – DECLARATION OF MARY SKJELSET IN SUPPORT OF
   PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE
   TO PLAINTIFF'S MOTION TO CONSOLIDATE

RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

UNCERTIFIED TRANSCRIPT DISCLAIMER

IN THE MATTER OF:

Levi v. Chapman, et al.

Conley v. Chapman, et al.

ODHS v. Raygosa, et al.

>

     This rough draft text is not certified and shall not be used, cited or transcribed as the official certified transcript of the proceedings.  It shall not be cited or used in any way or at any time to rebut or contradict the official certified transcript of the proceedings as provided by the certified court reporter.

     The rough draft text is unedited, not certified, and may contain untranslated stenographic symbols, occasional reporter notes, misspelled proper names, and/or nonsensical word combinations.  All such entries will be corrected in the official certified transcript.

>>

Exhibit 1
Page 1 of 6

Anastasia Brooks (Tibbetts) Volume 2
Aftgernoon Session - ROUGH DRAFT

100

Q.    Is she white?

A.    She's Caucasian, yes.

Q.    Okay.  And what about Ivan Spicer?  Did you meet him?

A.    I don't think I ever met him.

Q.    Okay.  I think the last bit is some housekeeping which is -- I have a voluminous exhibit, which is the complete certification file for the Spicer home as produced by DHS, and it is Exhibit 202.

          (Exhibit 202 introduced
            for identification.)

BY MS. KORBEL:

Q.    It's over 1,700 pages, so we didn't use it today.  We just pulled excerpts instead, but I want to make sure to enter that exhibit into the record, and I also would like to note that my office received a clawback letter from Ms. Hoffman on August 27th, two days ago, which identified some Bates range of documents that are in that certification file as produced to us.

          So we've gone ahead and redacted the pages identified in the clawback until the Court can rule on whether or not those are actually privileged materials.

Exhibit 1
Page 2 of 6

So I just want to make that note that the clawback has been accounted for in that exhibit. And we're going to enter Exhibit 202 subject to once the Court has made a ruling about the privilege issues in this case, we may need to ask questions about the documents over which Ms. Hoffman has asserted privilege and not provided us a redacted version or an acceptable version of the documents, so I just want to say that.

As for, Ms. Brooks, can I assume that any provider notes, emails, assessments, or reports that you received that are in that file were received by you in real time?

MR. NASO:  Sorry.  We don't have that document in front of us and she has not reviewed it.

BY MS. KORBEL:

Q.    So am I to assume that --

MR. NASO:  So we're not sure what --

BY MS. KORBEL:

Q.    Basically, I'm just trying to establish that -- so we don't have to go through a 1750-page exhibit, that if Ms. Brooks is on an email like we looked at today where it says she received it and responded to it, that she actually did receive and respond to the emails in that file.

Exhibit 1
Page 3 of 6

Any reason to believe you didn't?

MR. NASO:  So any emails in the provider file for Spicer -- April Spicer.

MS. KORBEL:  In the certification file as produced, yes.

MR. NASO:  Do you understand the question?

A.    I guess I can say that if there was something that was addressed to me and sent to me, that I likely viewed it and read it.

BY MS. KORBEL:

Q.    Okay.  And that would be any emails, any reports of child abuse about this home like we discussed today.

A.    I think I can only attest to the fact that I received emails that were addressed to me.  It's really hard to make a determination on the other things since I don't fully understand the breadth -- the volume of items you're talking about and I -- it's hard to address that if I don't know and specifically what you're talking about.

Q.    Sure.  So just a few minutes ago we were looking at some assessments that were related to this home -- right -- those two assessments we looked at?

Exhibit 1
Page 4 of 6

A.    Yes.

Q.    And I asked you if you received those assessments; right?

A.    Yes.

Q.    And you said you did.

A.    Yes.

Q.    So if there's assessments that I haven't gone through each one that's in the file, but it's an assessment that's in the file, and it says you received it, I don't need to sit here and ask you to look at it and tell me you received it or -- or would you like to do that?

A.    If it is an assessment on the April Spicer-McCool home, I more than likely did receive it and did review it, yes.

Q.    Great.

A.    Okay.

Q.    I think that's all I needed to establish?

A.    Okay.

Q.    It -- it's not a trick question.  I'm trying to save time.

I don't have any further questions although I am going to keep this deposition open given that we had outstanding documents that we were not able to discuss today.

Exhibit 1
Page 5 of 6

Anastasia Brooks (Tibbetts) Volume 2
Aftgernoon Session - ROUGH DRAFT

104

MR. NASO:  Well, given the Court's order, we'd certainly -- well, I won't say anything. Nothing more for me.  The witness will read and sign.

MS. KORBEL:  Thank you.

THE VIDEOGRAPHER:  This concludes our deposition.  The time is 3:34.

(The deposition was concluded at 3:34 p.m.)

Exhibit 1
Page 6 of 6

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>      Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>      Defendants. | CASE NO. 6:22-cv-01813-MK<br><br><br>**CERTIFICATE OF SERVICE** |
| OREGON DEPARTMENT OF<br>HUMAN SERVICES,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>      Third Party Defendant. | |

I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Mary Skjelset in Support of Reply to Defendants' Response to Plaintiff's Motion to Consolidate**

**VIA ECF**

<div style="border:1px solid black; padding:4px;">

**Jill Schneider**
**Nicholas S. Mancuso**
**Oregon Department of Justice**
**100 SW Market Street**
**Portland, OR 97201**
**Ph. 971-673-1880**
**Fax: 971-673-5000**
**Email: jill.schneider@doj.state.or.us**
**Email: nicholas.mancuso@doj.state.or.us**
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

</div>

**VIA ECF**

Lauren Blaesing
Harry B. Wilson
Alexandra Rhee
Hannah Hoffman
Chad Naso
Jeffrey Edelson
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
Email: alexrhee@markowitzherbold.com
Email: hannahhoffman@markowitzherbold.com
Email: chadnaso@markowitzherbold.com
Email: jeffedelson@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

Dated this 5th day of September, 2024.

    *s/Cheridan Carr*
    Cheridan Carr, Paralegal

1 – Certificate of Service