UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

                      Plaintiff,

     v.

KIM CHAPMAN, in her individual capacity;
ANASTASIA TIBBETTS, in her individual
capacity; KASSIDY O'BRIEN, in her individual
capacity; ERIN LANE, in her individual
capacity; THE OREGON DEPARTMENT OF
HUMAN SERVICES, a government agency;
and JANE and JOHN DOES 1-5; in their
individual and/or official capacities,

                      Defendants.

OREGON DEPARTMENT OF HUMAN
SERVICES,

              Third-Party Plaintiff,

     v.

JOE ALBERT RAYGOSA,

              Third-Party Defendant.

Case No. 6:22-cv-01813-MK

**SUPPLEMENTAL PROTECTIVE ORDER**

**SUPPLEMENTAL PROTECTIVE ORDER**

On August 6, 2024, the Court granted State Defendants' Motion to Compel the

Deposition of Lene Ferrari (8/15/24 Order, ECF 174) and ordered the parties to enter a

supplemental protective order allowing Ms. Ferrari's counsel to view documents covered by the Amended Protective Order (ECF 91) previously entered in this case, in advance of the deposition.

Based upon the above, and the Court being duly advised,

IT IS HEREBY ORDERED, as follows:

1. This Order applies only to documents that Ms. Ferrari is entitled to view pursuant to Paragraphs 7(c), 7(f), and 8 of the Amended Protective Order.

2. Ms. Ferrari's counsel is entitled to view the same documents Ms. Ferrari is entitled to view pursuant to Paragraphs 7(c), 7(f), and 8 of the Amended Protective Order. Ms. Ferrari's counsel shall abide by all terms of the Amended Protective Order.

3. Within 60 days following the conclusion of Ms. Ferrari's deposition, her counsel must destroy all copies and versions (hard copy, digital, and electronic) of any documents subject to the terms of this Supplemental Protective Order.

4. Except where it conflicts with the terms of this Supplemental Protective Order, the terms of the Amended Protective Order apply to documents, testimony, and other materials provided to Ms. Ferrari's counsel. Where the terms of the Orders conflict, this Supplemental Protective Order governs.

5. All documents, testimony, and other materials provided to Ms. Ferrari's counsel shall be used only in the above-captioned proceeding for purposes of Ms. Ferrari's deposition.

DATED: September 6, 2024

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

2187439.1

**Page 2 –     SUPPLEMENTAL PROTECTIVE ORDER**