**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

                              Plaintiff,

        v.

KIM CHAPMAN, in her individual capacity;
ANASTASIA TIBBETTS, in her individual
capacity; KASSIDY O'BRIEN, in her individual
capacity; ERIN LANE, in her individual
capacity; THE OREGON DEPARTMENT OF
HUMAN SERVICES, a government agency;
and JANE and JOHN DOES 1-5; in their
individual and/or official capacities,

                              Defendants.

OREGON DEPARTMENT OF HUMAN
SERVICES,

                              Third-Party Plaintiff,

        v.

JOE ALBERT RAYGOSA,

                              Third-Party Defendant.

Case No. 6:22-cv-01813-MK

**NOTICE OF WITHDRAWAL OF
COUNSEL**

**Page 1 –**    NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that Hannah K. Hoffman, OSB No. 183641, withdraws as counsel of record for State Defendants and Third-Party Plaintiff.  Ms. Hoffman is no longer associated with the law firm Markowitz Herbold PC.

DATED: September 9, 2024          ELLEN F. ROSENBLUM
                                 ATTORNEY GENERAL
                                 FOR THE STATE OF OREGON


                                 s/ Hannah K. Hoffman
                                 Lauren F. Blaesing, OSB #113305
                                 LaurenBlaesing@MarkowitzHerbold.com
                                 Harry B. Wilson, OSB #077214
                                 HarryWilson@MarkowitzHerbold.com
                                 Alexandra L. Rhee, OSB #230770
                                 AlexRhee@MarkowitzHerbold.com
                                 *Special Assistant Attorneys General for State
                                 Defendants and Third-Party Plaintiff*

                                 Chad A. Naso, OSB #150310
                                 ChadNaso@MarkowitzHerbold.com
                                 Hannah K. Hoffman, OSB #183641
                                 HannahHoffman@MarkowitzHerbold.com
                                 Jeffrey M. Edelson, OSB #880407
                                 JeffEdelson@MarkowitzHerbold.com
                                 *Of Attorneys for State Defendants and Third-Party
                                 Plaintiff*

                                 Jill Schneider, OSB #001619
                                 Jill.Schneider@doj.oregon.gov
                                 Nicholas Mancuso, OSB #151262
                                 Nicholas.Mancuso@doj.oregon.gov
                                 *Of Attorneys for State Defendants and Third-Party
                                 Plaintiff*

2195597.1

**Page 2 –**    NOTICE OF WITHDRAWAL OF COUNSEL