**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **DECLARATION OF ANIT K. JINDAL IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STRIKE** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

Page 1 –    **DECLARATION OF ANIT K. JINDAL IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STRIKE**

I, Anit K. Jindal, declare as follows:

1.       I am a partner with Markowitz Herbold PC, attorneys of record for State Defendants and Third-Party Plaintiff.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of State Defendants' Motion to Dismiss, or in the Alternative Motion to Strike.

2.       Attached are true and correct copies of the following exhibits:

| Exhibit No. | Document Description | Date |
|---|---|---|
| 1 | Case note entered by caseworker Kassidy O'Brien | 5/23/2018 |
| 2 | Excerpt of trial testimony of Kassidy O'Brien | 8/16/2018 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed September 26, 2024, at Portland, Oregon.

*s/ Anit K. Jindal*
Anit K. Jindal,  OSB #171086

2205064.1

**Page 2 –    DECLARATION OF ANIT K. JINDAL IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STRIKE**