**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **STATE DEFENDANTS' UNOPPOSED MOTION TO ENTER SUPPLEMENTAL PROTECTIVE ORDER** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    STATE DEFENDANTS' UNOPPOSED MOTION TO ENTER
SUPPLEMENTAL PROTECTIVE ORDER**

**LOCAL RULE 7-1(a) CERTIFICATION**

The parties have conferred.  Plaintiff Levi believes that the requirement that Ms. Clark's counsel destroy J.C.'s notes and files 60 days after the deposition is unnecessary and invites additional motions practice.  However, to expedite the provision of documents and the taking of the deposition, Levi does not oppose entry of the order as drafted.  Plaintiff Conley does not oppose the motion.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 26(c), defendants Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services ("State Defendants") move the Court to enter a supplemental protective order in the form attached to this motion as Exhibit A.

**POINTS AND AUTHORITIES**

On Friday, October 4, 2024, State Defendants will take the re-opened deposition of April Clark.  David Madigan of Cooney, Cooney and Madigan, LLC represents Ms. Clark. Mr. Madigan has requested to receive and review copies of Ms. Clark's professional files and notes.  Those documents are subject to confidential designations under the Amended Protective Order.  (Dkt. 91.)  To allow Mr. Madigan to receive and review those documents in advance of the deposition, State Defendants request that the Court enter the attached supplemental protective order.

This supplemental protective order is substantially similar to the order the Court entered

**Page 2 –    STATE DEFENDANTS' UNOPPOSED MOTION TO ENTER
SUPPLEMENTAL PROTECTIVE ORDER**

with respect to Ms. Ferrari on September 6, 2024.  (Dkt. 191.)  Counsel for plaintiff and

Mr. Madigan both approve this form of order.

DATED: October 2, 2024.

ELLEN F. ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


*s/ Harry B. Wilson*

Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
*Special Assistant Attorneys General for State*
*Defendants and Third-Party Plaintiff*

Chad A. Naso, OSB #150310
ChadNaso@MarkowitzHerbold.com
Jeffrey M. Edelson, OSB #880407
JeffEdelson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party*
*Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.oregon.gov
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.oregon.gov
*Of Attorneys for State Defendants and Third-Party*
*Plaintiff*

**Page 3 –    STATE DEFENDANTS' UNOPPOSED MOTION TO ENTER**
**SUPPLEMENTAL PROTECTIVE ORDER**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I have made service of the foregoing **STATE**

**DEFENDANTS' UNOPPOSED MOTION TO ENTER SUPPLEMENTAL PROTECTIVE**

**ORDER** on the parties listed below in the manner indicated:

Bonnie Richardson
Marissa Korbel
Manuella Tshala
Allegiant Law LLP
100 SW Main, Suite 400
Portland, OR  97204

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  bonnie@allegiantlaw.com;
　　　marissa@allegiantlaw.com;
　　　manuella@allegiantlaw.com
☒ Electronically via USDC CM/ECF system

Steven V. Rizzo
Mary D. Skjelset
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Suite 330
Portland, OR  97201

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  srizzo@rizzopc.com;
　　　mskjelset@rizzopc.com;
　　　ccarr@rizzopc.com;
　　　smaddox@rizzopc.com
☒ Electronically via USDC CM/ECF system

Caitlin Mitchell
Johnson Johnson Lucas Middleton, PC
975 Oak Street, Suite 1050
Eugene, OR  97401

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  cmitchell@justicelawyers.com
☒ Electronically via USDC CM/ECF system

David Madigan
Cooney, Cooney and Madigan, LLC
19824 SW 72nd Avenue, Suite 201
Tualatin, OR  97062

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  dmadigan@cooneyllc.com
☐ Electronically via USDC CM/ECF system

DATED: October 2, 2024.

*s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214
Special Assistant Attorneys General for State
Defendants and Third-Party Plaintiff

2207441

**Page 4 –　STATE DEFENDANTS' UNOPPOSED MOTION TO ENTER
　　SUPPLEMENTAL PROTECTIVE ORDER**