**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **SUPPLEMENTAL PROTECTIVE ORDER** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

The Court being duly advised,

**Page 1 –   SUPPLEMENTAL PROTECTIVE ORDER**

IT IS HEREBY ORDERED, as follows:

1.      This Order applies only to documents that April Clark is entitled to view pursuant to Paragraphs 7(f) and 8 of the Amended Protective Order (Dkt. 91).

2.      Ms. Clark's counsel is entitled to view the same documents Ms. Clark is entitled to view pursuant to Paragraphs 7(f) and 8 of the Amended Protective Order.  Ms. Clark's counsel shall abide by all terms of the Amended Protective Order.

3.      Within 60 days following the conclusion of Ms. Clark's deposition, her counsel must destroy all copies and versions (hard copy, digital, and electronic) of any documents subject to the terms of this Supplemental Protective Order.

4.      Except where it conflicts with the terms of this Supplemental Protective Order, the terms of the Amended Protective Order apply to documents, testimony, and other materials provided to Ms. Clark's counsel.  Where the terms of the Orders conflict, this Supplemental Protective Order governs.

5.      All documents, testimony, and other materials provided to Ms. Clark's counsel shall be used only in the above-captioned proceeding for purposes of Ms. Clark's deposition.

**IT IS SO ORDERED:**

DATED this 3rd day of October 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

**Submitted By:**
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com

**Page 2 –    SUPPLEMENTAL PROTECTIVE ORDER**

Exhibit A
Page 2 of 3

Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel: (503) 295-3085

2207036

**Page 3 –　SUPPLEMENTAL PROTECTIVE ORDER**

Exhibit A
Page 3 of 3