Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

     *Counsel for Defendant Kassidy O'Brien,*
     *in her individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
|      Plaintiff, | |
|   v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | By Cable Huston LLP |
|      Defendants.<br>(*caption continued next page*) | |

Page 1 - NOTICE OF ASSOCIATION OF COUNSEL (By Cable Huston LLP)

OREGON DEPARTMENT OF HUMAN
SERVICES,

        Third-Party Plaintiff,

    v.

JOE ALBERT RAYGOSA,

        Third-Party Defendant.

PLEASE TAKE NOTICE that pursuant to LR 83-9, Jon W. Monson of Cable Huston LLP hereby appears in the above-captioned action as co-counsel of record for Defendant KASSIDY O'BRIEN, in her individual capacity.

Attorneys Lauren F. Blaesing, Harry B. Wilson, and Alexandra L. Rhee of Markowitz Herbold PC, remain as counsel of record for all Defendants in the above-captioned case. All notices, including electronic, regarding this matter should be co-served on Jon W. Monson at the following address:

        CABLE HUSTON LLP
        1455 SW Broadway, Suite 1500
        Portland, OR 97201-3412
        Tele:   (503) 224-3092
        Fax:   (503) 224-3176
        jmonson@cablehuston.com

    DATED: October 31, 2024

        CABLE HUSTON LLP

        s/ Jon W. Monson
        Jon W. Monson, OSB No. 102650
        jmonson@cablehuston.com
        1455 SW Broadway, Suite 1500
        Portland, OR 97201-3412
        Tele: (503) 224-3092

        *Counsel for Defendant Kassidy O'Brien,*
        *in her individual capacity*

Page 2 - NOTICE OF ASSOCIATION OF COUNSEL (By Cable Huston LLP)