**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| ETHAN LEVI,<br><br>Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>Defendants. | Case No. 6:22-cv-01813-MK<br><br>**STATE DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JOE ALBERT RAYGOSA,<br><br>Third-Party Defendant. |  |

**Page 1 –    STATE DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

**L.R. 7-1 CERTIFICATION**

Per Local Rule 7-1(a)(1)(A), counsel for State Defendants has conferred with plaintiff's counsel.  Plaintiff opposes this motion.

**MOTION**

State Defendants respectfully move this Court for leave to file an overlength brief in excess of the 35-page limit prescribed by Local Rule 7-2(b)(1).  Specifically, State Defendants seek leave to file an overlength motion for summary judgment, not to exceed 50 pages.

The issues posed in this case are both complex and highly disputed.  State Defendants will move against all of plaintiff's federal claims under 42 U.S.C. § 1983, *i.e.*, the First, Second, Third, and Fourth Claims for Relief in the First Amended Complaint.  While State Defendants will endeavor to present their motion for summary judgment as concisely as possible, it requires discussion of complex legal arguments and extensive records developed in discovery. Additional pages that allow for more fulsome presentation of the bases for State Defendants' motion for summary judgment will better assist the Court in evaluating the motion.

**CONCLUSION**

State Defendants respectfully request that the Court grant this motion and permit them to file an overlength motion for summary judgment not to exceed 50 pages.

**Page 2 –    STATE DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH
              BRIEF**

DATED:  November 20, 2024

ELLEN F. ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


*s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
*Special Assistant Attorneys General for State*
*Defendants and Third-Party Plaintiff*

Chad A. Naso, OSB #150310
ChadNaso@MarkowitzHerbold.com
Jeffrey M. Edelson, OSB #880407
JeffEdelson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party*
*Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.oregon.gov
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.oregon.gov
*Of Attorneys for State Defendants and Third-Party*
*Plaintiff*

2231258.2

**Page 3 –    STATE DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH
BRIEF**