Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole A.W. Abercrombie, OSB No. 144581
nabercrombie@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

    *Counsel for Defendant Kassidy O'Brien,*
    *in her individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>        Plaintiff,<br><br>  v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>        Defendants.<br>        (*caption continued next page*) | Case No. 6:22-cv-01813-MK<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>By Cable Huston LLP |

Page 1 - NOTICE OF ASSOCIATION OF COUNSEL (By Cable Huston LLP)

OREGON DEPARTMENT OF HUMAN
SERVICES,

        Third-Party Plaintiff,

    v.

JOE ALBERT RAYGOSA,

        Third-Party Defendant.

PLEASE TAKE NOTICE that pursuant to LR 83-9, Nicole A.W. Abercrombie of Cable Huston LLP hereby appears in the above-captioned action as co-counsel of record for Defendant KASSIDY O'BRIEN, in her individual capacity.  Jon W. Monson of the same law firm remains as counsel of record for KASSIDY O'BRIEN, in her individual capacity.

Attorneys Lauren F. Blaesing, Harry B. Wilson, and Alexandra L. Rhee of Markowitz Herbold PC, remain as counsel of record for all Defendants in the above-captioned case.  All notices, including electronic, regarding this matter should be co-served on Nicole A.W. Abercrombie at the following address:

> CABLE HUSTON LLP
> 1455 SW Broadway, Suite 1500
> Portland, OR 97201-3412
> Tele:   (503) 224-3092
> Fax:    (503) 224-3176
> nabercrombie@cablehuston.com

DATED: November 26, 2024

        CABLE HUSTON LLP


        s/ Nicole A.W. Abercrombie
        Nicole A.W. Abercrombie, OSB No. 144581
        nabercrombie@cablehuston.com
        1455 SW Broadway, Suite 1500
        Portland, OR 97201-3412
        Tele:  (503) 224-3092

        *Counsel for Defendant Kassidy O'Brien,*
        *in her individual capacity*

Page 2 - NOTICE OF ASSOCIATION OF COUNSEL (By Cable Huston LLP)