Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole A.W. Abercrombie, OSB No. 144581
nabercrombie@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

      *Co-Counsel for Defendant Kassidy O'Brien,*
      *in her individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>     Plaintiff,<br><br>  v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>     Defendants.<br>     (*caption continued next page*) | Case No. 6:22-cv-01813-MK<br><br><br>**DEFENDANT KASSIDY O'BRIEN'S NOTICE OF APPEAL** |

Page 1 – DEFENDANT KASSIDY O'BRIEN'S NOTICE OF APPEAL

OREGON DEPARTMENT OF HUMAN
SERVICES,

        Third-Party Plaintiff,

  v.

JOE ALBERT RAYGOSA,

        Third-Party Defendant.

Notice is hereby given that Defendant Kassidy O'Brien in the above-named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's November 27, 2024 Opinion and Order (ECF No. 251) (the "Order") denying her Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF 214) based on absolute immunity. Interlocutory review of an order denying absolute immunity is immediately appealable under the collateral order doctrine.  *See, e.g.*, *Hampton v. California*, 83 F.3d 754, 761 (9th Cir. 2023) (listing "[d]enials of . . . absolute immunity" among the category of prejudgment orders that are "immediately appealable"); *Paine v. City of Lompoc*, 265 F.3d 975 (9th Cir. 2001) (order denying absolute witness immunity "come[s] within the collateral issue doctrine").

A representation statement is attached hereto pursuant to 9th Cir. R. 3-2.

DATED: December 17, 2024

               CABLE HUSTON LLP

               s/ Jon W. Monson
               Jon W. Monson, OSB No. 102650
               jmonson@cablehuston.com
               Nicole A.W. Abercrombie, OSB No. 144581
               nabercrombie@cablehuston.com
               1455 SW Broadway, Suite 1500
               Portland, OR 97201-3412
               Tele:  (503) 224-3092

               *Co-Counsel for Defendant Kassidy O'Brien,*
               *in her individual capacity*

## <u>REPRESENTATION STATEMENT</u>

Pursuant to 9th Cir. R. 3-2, I hereby provide the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant/Third-Party Plaintiff Kassidy O'Brien, in her individual capacity only | Jon W. Monson<br>Nicole A.W. Abercrombie<br>CABLE HUSTON LLP<br>1455 SW Broadway, Suite 1500<br>Portland, OR 97201-3412<br>Tel: (503) 224-3092<br>Fax: (503) 224-3176<br>jmonson@cablehuston.com<br>nabercrombie@cablehuston.com |
| Defendants/Third-Party Plaintiffs Oregon Department of Human Services, Anastasia Tibbetts, Erin Lane, Kassidy O'Brien, and Kim Chapman | Lauren F. Blaesing<br>Jeffrey M. Edelson<br>Anit K. Jindal<br>Chad A. Naso<br>Alexandra Rhee<br>Harry B. Wilson<br>MARKOWITZ HERBOLD PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br>Tel: (503) 295-3085<br>Fax: (503) 323-9105<br>laurenblaesing@markowitzherbold.com<br>jeffedelson@markowitzherbold.com<br>anitjindal@markowitzherbold.com<br>chadnaso@markowitzherbold.com<br>alexrhee@markowitzherbold.com<br>harrywilson@markowitzherbold.com<br><br>Nicholas S. Mancuso<br>Jill Schneider<br>OREGON DEPARTMENT OF JUSTICE<br>Civil Litigation, Trial Division<br>100 SW Market St.<br>Portland, OR 97201<br>Tel: (503) 480-5919<br>nicholas.mancuso@doj.oregon.gov<br>jill.schneider@doj.oregon.gov |

Page 1 – REPRESENTATION STATEMENT

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff Ethan Levi | Caitlin Van Tassel Mitchell<br>JOHNSON, JOHNSON, LUCAS &<br>MIDDLETON, PC<br>975 Oak Street, Suite 1050<br>Eugene, OR 97401<br>Tel: (541) 484-2434<br>Fax: (541) 484-0882<br>cmitchell@justicelawyers.com<br><br>Steven V. Rizzo<br>Mary Skjelset<br>RIZZO BOSWORTH ERAUT PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>Tel: (503) 229-1819<br>srizzo@rizzopc.com<br>mskjelset@rizzopc.com |
| Interested Non-Party Annette Smith | David A. Jacobs<br>LUVAAS COBB RICHARDS<br>  & FRASER, P.C.<br>777 High Street, suite 300<br>Eugene, OR 97401<br>Tel: (541) 484-9292<br>Fax: (541) 343-1206<br>djacobs@luvaascobb.com |

Page 2 – REPRESENTATION STATEMENT