**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**FTR RECORDING OR TRANSCRIPT DESIGNATION AND ORDER FORM**

| | |
|---|---|
| **1. DISTRICT COURT CASE NO.**<br>6:22-cv-01813-MTK | **2. SHORT CASE TITLE**<br>Levi v. O'Brien, et al. |
| **3. COURT OF APPEALS CASE NO.**<br>24-7829 | **4.** ☐ **I do not intend to designate any portion of the transcript and will notify all counsel of this intention.** |

| **5. NAME** (Person Ordering Recording/Transcript)<br>Jon W. Monson | **6. PHONE NUMBER**<br>503-224-3092 | **7. DATE**<br>12-31-2024 |
|---|---|---|

| **8. E-MAIL ADDRESS**<br>jmonson@cablehuston.com | **9. MAILING ADDRESS**<br>1455 SW Broadway, Ste. 1500 | **10. CITY**<br>Portland | **10. STATE**<br>OR | **11. ZIP**<br>97201 |
|---|---|---|---|---|

**12. ORDER FOR**  ☐ PLAINTIFF NAME:_____  ☒ DEFENDANT NAME: Kassidy O'Brien

☒ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT (CJA-24 voucher attached)
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS (CJA-24 voucher attached)

**☐ 13. AUDIO RECORDING ONLY REQUESTED**
**Available only if "FTR" is indicated in the record.** Specify the case number, date, and time of the hearing. Financial arrangements must be made with the Clerk's Office before the recording is prepared. Copy cost: $34 for each recording. If payment is authorized under the CJA, attach the CJA-24 voucher.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

**☒ 14. TRANSCRIPT OF HEARING OR TRANSCRIPT OF FTR RECORDING REQUESTED**
Contact the Court Reporter via e-mail using the address listed at ord.uscourts.gov (or by calling 503-326-8190 if no reporter is named on the docket), and file this form in the case using CM/ECF. Specify the case number, date, and time of the hearing. Financial arrangements must be made with the Court Reporter before the transcript is prepared. If payment is authorized under the CJA, attach the CJA-24 voucher.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Minutes of Proceedings: Status Conference | 11-22-2024 | Kasubhai |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADDITIONAL COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | |
|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $4.40 per page | $1.10 per page | $0.75 per page | ☒ Full Size<br>☐ Condensed | ☒ PDF<br>☐ ASCII<br>☐ PTX |
| **14-DAY TRANSCRIPT:** To be delivered within 14 calendar days after receipt of an order. | $5.10 per page | $1.10 per page | $0.75 per page | ☐ Full Size<br>☐ Condensed | ☐ PDF<br>☐ ASCII<br>☐ PTX |
| **EXPEDITED:** To be delivered within 7 days after receipt of an order. | $5.85 per page | $1.10 per page | $0.75 per page | ☐ Full Size<br>☐ Condensed | ☐ PDF<br>☐ ASCII<br>☐ PTX |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $6.55 per page | $1.30 per page | $0.90 per page | ☐ Full Size<br>☐ Condensed | ☐ PDF<br>☐ ASCII<br>☐ PTX |
| **DAILY:** To be delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it is a business day. | $7.30 per page | $1.45 per page | $1.10 per page | ☐ Full Size<br>☐ Condensed | ☐ PDF<br>☐ ASCII<br>☐ PTX |
| **HOURLY:** To be delivered within 2 hours after receipt of the order. | $8.70 per page | $1.45 per page | $1.10 per page | ☐ Full Size<br>☐ Condensed | ☐ PDF<br>☐ ASCII<br>☐ PTX |

**15. DISTRIBUTION**
File this form electronically in the applicable case using CM/ECF. Notice will automatically be distributed to all Parties.

Revised 10/01/2024