**Nadia H. Dahab**, OSB No. 125630
SUGERMAN DAHAB
101 SW Main Street, Suite 910
Portland, Oregon 97204
Telephone: (503) 228-6474
Email: nadia@sugermandahab.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>       Plaintiff,<br><br>  v.<br><br>KIM CHAPMAN, et al.,<br><br>       Defendants. | Case No. 6:22-cv-01813-MTK<br><br>**NOTICE OF APPEARANCE OF NADIA H. DAHAB AS ADDITIONAL COUNSEL FOR PLAINTIFF** |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>       Third Party Plaintiff,<br><br>  v.<br><br>JOE ALBERT RAYGOSA,<br><br>       Third Party Defendant. | |

**TO: CLERK AND ALL COUNSEL OF RECORD**

You are hereby notified that Nadia Dahab is appearing as additional counsel on behalf of Plaintiff. It is requested that a copy of all further papers and pleadings herein be served upon the undersigned attorney at the following address:

PAGE 1 - NOTICE OF APPEARANCE OF NADIA H. DAHAB AS ADDITIONAL COUNSEL FOR PLAINTIFF

Nadia H. Dahab, OSB No. 125630
SUGERMAN DAHAB
101 SW Main Street, Ste. 910
Portland, OR 97204
(503) 228-6474
nadia@sugermandahab.com


DATED this 5th day of February, 2025.

SUGERMAN DAHAB

By: /s/ Nadia H. Dahab
**Nadia H. Dahab**, OSB No. 125630
101 SW Main Street Suite 910
Portland, OR 97204
Tel: (503) 228-6474
Fax: (503) 228-2556
nadia@sugermandahab.com

**Steven Rizzo**, OSB No. 840853
**Mary D. Skjelset**, OSB No. 075840
RIZZO BOSWORTH ERAUT PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelset@rizzopc.com

**Caitlin V. Mitchell**, OSB No. 123964
JOHNSON JOHNSON LUCAS &
MIDDLETON PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

*Attorneys for Plaintiff Levi*

PAGE 2 - NOTICE OF APPEARANCE OF NADIA H. DAHAB AS ADDITIONAL
COUNSEL FOR PLAINTIFF