**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MK |
| Plaintiff, | **STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –**    STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

**LOCAL RULE 7-1(a) CERTIFICATION**

Pursuant to Local Rule 7-1(a), counsel for Kim Chapman, Anastasia Tibbets, Kassidy O'Brien, Erin Lane, and the Oregon Department of Human Services ("ODHS") (collectively, "State Defendants") conferred by email with counsel for plaintiff prior to filing this motion, and plaintiff does not object.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), State Defendants move for a three-day extension to file a reply to Plaintiff Levi's Response to Individual Defendants' Motion for Partial Summary Judgment (Dkt. 281) from February 14, 2025 to February 19, 2025.

**ARGUMENT**

Federal Rule of Civil Procedure 6(b)(1) provides that a court may extend the time for a party to act for "good cause." Local Rule 16-3(a) provides that a motion to extend deadlines must show good cause why the deadlines should be modified; show effective prior use of time; recommend a new date for the deadline in question; and show the impact of the proposed extension on other existing deadlines, settings, or schedules. L.R. 16-3(a)(1)-(4). "'Good cause' is a non-rigorous standard." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). Rule 6(b)(1) is "liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Id.* (quotation marks and citation omitted). Litigants are typically granted an extension "in the absence of bad faith or prejudice to the adverse party." *Wanke Cascade Distrib., Ltd. v. Forbo Flooring, Inc.*, No. 3:13–cv–00768–AC, 2015 WL 1757151, at *3 (D. Or. Apr. 17, 2015) (citations omitted).

Good cause exists here to extend the deadline for State Defendants to file their reply brief. State Defendants seek additional time given the multiple case deadlines in this case and the consolidated case. In particular, State Defendants are simultaneously drafting and filing

**Page 2 –**    STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

reply briefs in support of two summary judgment motions and briefs in response to two motions for sanctions.  State Defendants have worked diligently on all four filings, but given the complexity of the issues, additional time is needed.  For reference, plaintiff was given 65 days to respond to State Defendants' initial motion.  Further, Monday, February 17, is a legal holiday (Presidents' Day).  Granting this short extension request will not require the Court to change the date of the hearing scheduled for March 4, 2025.  Plaintiff does not oppose this request.  In light of these facts, there is good cause to grant State Defendants a short, three-day extension to file their reply brief.

## CONCLUSION

For the foregoing reasons, the Court should grant State Defendants a three-day extension to file their reply to Plaintiff Levi's Response to Individual Defendants' Motion for Partial Summary Judgment from February 14, 2025 to February 19, 2025.

DATED: February 12, 2025      DAN RAYFIELD
                              ATTORNEY GENERAL
                              FOR THE STATE OF OREGON


                              *s/ Anit K. Jindal*
                              Lauren F. Blaesing, OSB #113305
                              LaurenBlaesing@MarkowitzHerbold.com
                              Harry B. Wilson, OSB #077214
                              HarryWilson@MarkowitzHerbold.com
                              Alexandra L. Rhee, OSB #230770
                              AlexRhee@MarkowitzHerbold.com
                              *Special Assistant Attorneys General for State*
                              *Defendants and Third-Party Plaintiff*

**Page 3 –**     STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Chad A. Naso, OSB #150310
ChadNaso@MarkowitzHerbold.com
Jeffrey M. Edelson, OSB #880407
JeffEdelson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.oregon.gov
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.oregon.gov
*Of Attorneys for State Defendants and Third-Party Plaintiff*

2268643.1

**Page 4 –**    STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME