Mr. Steven Rizzo, OSB # 840853
Ms. Mary D. Skjelset, OSB  # 075840
Rizzo Bosworth Eraut PC
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
srizzo@rizzopc.com
mskjelest@rizzopc.com

Ms. Caitlin V. Mitchell, OSB #123964
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Ste. 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
cmitchell@justicelawyers.com

Nadia Dahab, OSB #125630
Sugerman Dahab
101 SW Main Street, Suite 910
Portland, Oregon 97204
Tel: (503) 228-6474
nadia@sugermandahab.com

ATTORNEYS FOR PLAINTIFF LEVI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KIM CHAPMAN, et al ,<br><br>　　　　　Defendants. | Case No. 6:22-cv-01813-MTK<br><br>DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>*Oral Argument requested* |
| OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>　　　　　Third Party Plaintiff, | |

1 – DECLARATION OF STEVEN RIZZO IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

v.

JOE ALBERT RAYGOSA,

     Third Party Defendant.

I, Steven Rizzo, declare as follows:

1.    On behalf of Plaintiff Levi in the above-captioned consolidated matter, I make this Declaration in support of Plaintiff's Motion for Leave to File Second Amended Complaint.

2.    Counsel for plaintiff and counsel for all defendants have conferred by telephone and have been unable to reach agreement. I spoke with Mr. Munson on Friday, February 28, 2025, and am informed that Mr. Munson spoke with Ms. Dahab previously regarding the referenced matters.

3.    Attached as Exhibit 1 is a true and accurate copy of Plaintiff's proposed Second Amended Complaint.

**I declare under penalty of perjury that the foregoing is true and correct**.

Dated: March 3, 2025.

By: */s/ Steven Rizzo*
       Steven Rizzo

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

        Plaintiff,

v.

KIM CHAPMAN, et al.,

        Defendants.

OREGON DEPARTMENT OF HUMAN SERVICES, et al.,

        Third-Party Plaintiffs,

        v.

JOE ALBERT RAYGOSA,

        Third-Party Defendant.

CASE NO. 6:22-cv-01813-MTK

**CERTIFICATE OF SERVICE**

       I am employed by the law firm of Rizzo Bosworth Eraut PC in Portland, Oregon.  I am over the age of eighteen years and not a party to the subject cause.  My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

       On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Declaration of Steven Rizzo in support of Plaintiff's Motion for Leave to File Second Amended Complaint**

1 – Certificate of Service

**VIA ECF & EMAIL**

| | |
|---|---|
| Jill Schneider<br>Nicholas S. Mancuso<br>Michelle Watkins<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Ph. 971-673-1880<br>Fax: 971-673-5000<br>Email: jill.schneider@doj.state.or.us<br>Email: nicholas.mancuso@doj.state.or.us<br>Email: michelle.watkins@doj.state.or.us<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* | Lauren Blaesing<br>Harry B. Wilson<br>Alexandra Rhee<br>Chad Naso<br>Jeffrey Edelson<br>Anit Jindal<br>Vivek Kothari<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Ste. 1990<br>Portland, OR. 97201<br>Ph: 503-295-3085<br>Email: laurenblaesing@markowitzherbold.com<br>Email: harrywilson@markowitzherbold.com<br>Email: alexrhee@markowitzherbold.com<br>Email: chadnaso@markowitzherbold.com<br>Email: jeffedelson@markowitzherbold.com<br>Email: anitjindal@markowitzherbold.com<br>Email: vivekkothari@markowitzherbold.com<br>*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services* |
| Nicole A.W. Abercrombie<br>Jon W. Monson<br>Cable Huston LLP<br>1455 SW Broadway, Suite 1500<br>Portland, OR 97201<br>Ph. 503-224-3092<br>Fax: 503-224-3176<br>Email: jmonson@cablehuston.com<br>Email: nabercrombie@cablehuston.com<br>*Of Attorneys for Defendant O'Brien* | |

Dated this 3rd day of March, 2025.

 *s/Shelley Maddox*
Shelley Maddox, Paralegal

2 – Certificate of Service