**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MTK |
| Plaintiff, | **STATE DEFENDANTS' NOTICE OF INTENT TO REDACT** |
| v. | |

KIM CHAPMAN, in her individual capacity;
ANASTASIA TIBBETTS, in her individual
capacity; KASSIDY O'BRIEN, in her individual
capacity; ERIN LANE, in her individual
capacity; THE OREGON DEPARTMENT OF
HUMAN SERVICES, a government agency;
and JANE and JOHN DOES 1-5; in their
individual and/or official capacities,

Defendants.

OREGON DEPARTMENT OF HUMAN
SERVICES,

Third-Party Plaintiff,

v.

JOE ALBERT RAYGOSA,

Third-Party Defendant.

**Page 1 –    STATE DEFENDANTS' NOTICE OF INTENT TO REDACT**

Notice is hereby given that the undersigned intends to file a Statement of Redaction pursuant to Fed. R. Civ. P. 5.2 with the Court within 21 calendar days from the filing date of the original transcript described as: Transcript of Proceedings held before Judge Mustafa T. Kasubhai on March 4, 2025, filed on March 10, 2025, and entered into the official court record as Dkt. No. 307 in compliance with the District of Oregon's Policy and Procedures for the Electronic Filing of Transcripts.

DATED: March 17, 2025

DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON

s/Lauren Blaesing

Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
*Special Assistant Attorneys General for State Defendants and Third-Party Plaintiff*

Chad A. Naso, OSB #150310
ChadNaso@MarkowitzHerbold.com
Jeffrey M. Edelson, OSB #880407
JeffEdelson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.oregon.gov
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.oregon.gov
*Of Attorneys for State Defendants and Third-Party Plaintiff*

2286158

**Page 2 –    STATE DEFENDANTS' NOTICE OF INTENT TO REDACT**