**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI,<br><br>    Plaintiff,<br><br> v.<br><br>KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>    Defendants.<br>OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>    Third-Party Plaintiff,<br><br> v.<br><br>JOE ALBERT RAYGOSA,<br><br>    Third-Party Defendant. | Case No. 6:22-cv-01813-MTK<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL OF PLAINTIFF ETHAN LEVI'S CLAIMS WITH PREJUDICE** |

**Page 1 –** STIPULATED GENERAL JUDGMENT OF DISMISSAL OF PLAINTIFF ETHAN LEVI'S CLAIMS WITH PREJUDICE

In accordance with the terms of the parties' settlement agreement, the Court hereby enters judgment dismissing plaintiff Ethan Levi's claims with prejudice, and without costs, disbursements, or attorneys' fees to any party.

**IT IS HEREBY ORDERED AND ADJUDGED** that a General Judgment of Dismissal be entered dismissing plaintiff's claims in Case No. 6:22-cv-01813-MTK in their entirety with prejudice and without costs, disbursements, or attorneys' fees to any party.

_____

**IT IS SO STIPULATED:**

DATED: June 9, 2025

DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*s/Lauren F. Blaesing*
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
*Special Assistant Attorney General for State Defendants and Third-Party Plaintiff*

RIZZO BOSWORTH ERAUT PC

*s/Steven Rizzo*
Steven Rizzo, OSB #840853
srizzo@rizzopc.com

*Attorney for Plaintiff Ethan Levi*

2311687

**Page 3 –**   STIPULATED GENERAL JUDGMENT OF DISMISSAL OF PLAINTIFF ETHAN LEVI'S CLAIMS WITH PREJUDICE