**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants
and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MTK |
| Plaintiff, | **THIRD-PARTY PLAINTIFF'S NOTICE OF DISMISSAL OF THIRD-PARTY CLAIM AGAINST JOE ALBERT RAYGOSA** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –    THIRD-PARTY PLAINTIFF'S NOTICE OF DISMISSAL OF THIRD-PARTY CLAIM AGAINST JOE ALBERT RAYGOSA**

Pursuant to Federal Rule of Civil Procedure 41(c), defendant/third-party plaintiff the Oregon Department of Human Services ("ODHS") hereby dismisses its third-party claim against third-party defendant Joe Albert Raygosa.[1] Dismissal is appropriate under Fed. Civ. P. 41(c)(1) because third-party defendant has not filed a responsive pleading. Alternatively, dismissal under Fed. Civ. P. 41(c)(2) is appropriate because ODHS has not moved or introduced evidence against Raygosa and the Court has not held any hearings on ODHS's third-party claim against Raygosa. Accordingly, ODHS dismisses its claim against third-party defendant Raygosa, and requests that the Court enter a general judgment of dismissal against third-party defendant Joe Albert Raygosa in Case No. 3:22-cv-01813-MTK without prejudice and without costs or fees to any party.

DATED: June 16, 2025

DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON


_s/Lauren F. Blaesing_
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Alexandra L. Rhee, OSB #230770
AlexRhee@MarkowitzHerbold.com
_Special Assistant Attorneys General for State Defendants and Third-Party Plaintiff_

Chad A. Naso, OSB #150310
ChadNaso@MarkowitzHerbold.com
Jeffrey M. Edelson, OSB #880407
JeffEdelson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086

---

[1] Plaintiff Ethan Levi and defendants Kim Chapman, Anastasia Tibbetts, Kassidy O'Brien, Erin Lane, and ODHS ("State Defendants") have resolved plaintiff's claims asserted against State Defendants in this case and have agreed to dismiss plaintiff's claims in a separate Stipulated General Judgment. (Dkt. 313.)

**Page 2 –  THIRD-PARTY PLAINTIFF'S NOTICE OF DISMISSAL OF THIRD-PARTY CLAIM AGAINST JOE ALBERT RAYGOSA**

AnitJindal@MarkowitzHerbold.com
*Of Attorneys for State Defendants and Third-Party Plaintiff*

Jill Schneider, OSB #001619
Jill.Schneider@doj.oregon.gov
Nicholas Mancuso, OSB #151262
Nicholas.Mancuso@doj.oregon.gov
*Of Attorneys for State Defendants and Third-Party Plaintiff*

2321621

**Page 3 –  THIRD-PARTY PLAINTIFF'S NOTICE OF DISMISSAL OF THIRD-PARTY
CLAIM AGAINST JOE ALBERT RAYGOSA**