UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ETHAN LEVI, | No. 24-7829 |
| Plaintiff - Appellee, | D.C. No. 6:22-cv-01813-MTK District of Oregon, Eugene |
| v. | |
| KASSIDY O'BRIEN, in her individual capacity, | ORDER |
| Defendant - Appellant, | |
| and | |
| KIM CHAPMAN, in her individual capacity; et al., | |
| Defendants, | |
| and | |
| OREGON DEPARTMENT OF HUMAN SERVICES, a government agency, | |
| Defendant-third-pty-plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-pty-defendant. | |

Pursuant to the stipulation of the parties (Docket Entry No. 16), this appeal

is voluntarily dismissed.  Fed. R. App. P. 42(b). The parties shall bear their own

2

costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator

24-7829