Mr. Claude F. Bosworth OSB #065735
Pierce Davis Perritano LLP
1300 SW Sixth Avenue, Ste. 330
Portland, OR 97201
Tel: (503) 229-1819
cbosworth@piercedavis.com

**OF ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

Plaintiff,

v.

KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,

Defendants.

OREGON DEPARTMENT OF HUMAN SERVICES,

Third-Party Plaintiff,

v.

JOE ALBERT RAYGOSA,

Third-Party Defendant.

Case No. 6:22-cv-01813-MTK

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

1
**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

TO:          THE CLERK OF THE COURT;

AND TO:      ALL COUNSEL AND PARTIES OF RECORD

**NOTICE IS HEREBY GIVEN** that Rizzo Bosworth Eraut PC and Steven Rizzo (OSB #840853) are withdrawn from the representation of Plaintiff and that Pierce Davis Perritano LLP hereby appears on behalf of Plaintiff solely for the purpose of complying with the Court's July 23, 2025 Order, which requires the filing of a Joint Status Report. (ECF 317).

DATED this 27th day of October, 2025.

Pierce Davis Perritano LLP

By: *s/Claude Bosworth*
     Mr. Claude F. Bosworth OSB #065736
     cbosworth@piercedavis.com
     *Of Attorneys for Plaintiff*

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

DISTICT OF OREGON

EUGENE DIVISION

ETHAN LEVI,

        Plaintiff,

v.

KIM CHAPMAN, et al.,

        Defendants.

OREGON DEPARTMENT OF HUMAN SERVICES, et al.,

        Third-Party Plaintiffs,

        v.

JOE ALBERT RAYGOSA,

        Third-Party Defendant.

CASE NO. 6:22-cv-01813-MTK

**CERTIFICATE OF SERVICE**

       I am employed by the law firm of Pierce Davis & Perritano LLP in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

       On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof**: Plaintiff's Notice of Substitution of Counsel**

1 – Certificate of Service

**VIA ECF & EMAIL**

Jill Schneider
Nicholas S. Mancuso
Michelle Watkins
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Ph. 971-673-1880
Fax: 971-673-5000
Email: jill.schneider@doj.state.or.us
Email: nicholas.mancuso@doj.state.or.us
Email: michelle.watkins@doj.state.or.us
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

Nicole A.W. Abercrombie
Jon W. Monson
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201
Ph. 503-224-3092
Fax: 503-224-3176
Email: jmonson@cablehuston.com
Email: nabercrombie@cablehuston.com
*Of Attorneys for Defendant O'Brien*

Lauren Blaesing
Harry B. Wilson
Alexandra Rhee
Chad Naso
Jeffrey Edelson
Anit Jindal
Vivek Kothari
Markowitz Herbold PC
1455 SW Broadway
Ste. 1990
Portland, OR. 97201
Ph: 503-295-3085
Email: laurenblaesing@markowitzherbold.com
Email: harrywilson@markowitzherbold.com
Email: alexrhee@markowitzherbold.com
Email: chadnaso@markowitzherbold.com
Email: jeffedelson@markowitzherbold.com
Email: anitjindal@markowitzherbold.com
Email: vivekkothari@markowitzherbold.com
*Of Attorneys for Defendants Tibbetts, O'Brien, Lane, Chapman, and Oregon Department of Human Services*

Dated this 27th day of October  2025.

*s/Shannon Boyd*
Shannon Boyd
 Paralegal

2 – Certificate of Service