**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Alexandra L. Rhee, OSB #230770**
AlexRhee@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for State Defendants*
*and Third-Party Plaintiff*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ETHAN LEVI, | Case No. 6:22-cv-01813-MTK |
| Plaintiff, | **JOINT STATUS REPORT RE THE COURT'S JULY 23, 2025 ORDER [ECF NO. 317]** |
| v. | |
| KIM CHAPMAN, in her individual capacity; ANASTASIA TIBBETTS, in her individual capacity; KASSIDY O'BRIEN, in her individual capacity; ERIN LANE, in her individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; and JANE and JOHN DOES 1-5; in their individual and/or official capacities, | |
| Defendants. | |
| OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOE ALBERT RAYGOSA, | |
| Third-Party Defendant. | |

**Page 1 –     JOINT STATUS REPORT RE THE COURT'S JULY 23, 2025 ORDER [ECF NO. 317]**

In accordance with the Court's July 23, 2025 Order, (ECF No. 317), the parties have conferred and jointly submit redacted copies of (i) the February 19, 2025 deposition transcript of Kellie Figoten (Exhibit A), and (ii) Ms. Figoten's handwritten notes, marked as Exhibit 272 during her deposition (Exhibit B).

PIERCE DAVIS & PERRITANO LLP

By:    *s/ Claude F. Bosworth*
          Claude F. Bosworth, OSB #065735
          cbosworth@piercedavis.com

          JOHNSON JOHNSON LUCAS
          MIDDLETON, PC
          Caitlin Mitchell, OSB #123964
          cmitchell@justicelawyers.com

          SUGERMAN DAHAB
          Nadia H. Dahab, OSB#125630
          nadia@sugermandahab.com

          *Attorneys for Plaintiff*

MARKOWITZ HERBOLD PC
By:

          *s/ Chad A. Naso*
          Lauren F. Blaesing, OSB #113305
          LaurenBlaesing@MarkowitzHerbold.com
          Harry B. Wilson, OSB #077214
          HarryWilson@MarkowitzHerbold.com
          Alexandra L. Rhee, OSB #230770
          AlexRhee@MarkowitzHerbold.com
          *Special Assistant Attorneys General for
          State Defendants and Third-Party Plaintiff*

          Chad A. Naso, OSB #150310
          ChadNaso@MarkowitzHerbold.com
          Anit K. Jindal, OSB #171086
          AnitJindal@MarkowitzHerbold.com
          *Of Attorneys for State Defendants and
          Third-Party Plaintiff*

          Jill Schneider, OSB #001619
          Jill.Schneider@doj.oregon.gov
          Nicholas Mancuso, OSB #151262
          Nicholas.Mancuso@doj.oregon.gov
          *Of Attorneys for State Defendants and
          Third-Party Plaintiff*

CABLE HUSTON LLP

By:    *s/ Jonathan Monson*
          Jonathan Monson, OSB# 102650
          jmonson@cablehuston.com
          Nicole Abercrombie, OSB#144581
          nabercrombie@cablehuston.com

          *Attorneys for Defendant Kassidy
          O'Brien*

**Page 2 –    JOINT STATUS REPORT RE THE COURT'S JULY 23, 2025 ORDER [ECF NO. 317]**

## ECF CERTIFICATION

The filing attorney attests that filing attorney has obtained concurrence regarding the

filing of this document from plaintiffs' counsel signatories to this document.

Date:  October 28, 2025

*s/ Chad A. Naso*

Chad A. Naso, OSB #150310
ChadNaso@MarkowitzHerbold.com

2365895

**Page 3 –    JOINT STATUS REPORT RE THE COURT'S JULY 23, 2025 ORDER [ECF
NO. 317]**